Case 2:05-cv-02577-DSF-CW Document 4 Filed 04/08/2005 Page 1 of 1

Robert Anthony-Rodriguez v. Match.com Doc. 4

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ORIGINAL

SCANNED

# CIVIL MINUTES - GENERAL

**PRIORITY SEND**

| | | | |
|---|---|---|---|
| Case No. | CV05-2577 DSF (CWx) | Date | April 8, 2005 |
| Title | Robert Anthony-Rodriguez et al v. Match.com | | |

| | |
|---|---|
| Present: The Honorable | DALE S. FISCHER, United States District Judge |

| | |
|---|---|
| Paul D. Pierson | None |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** ORDER RE COMPLIANCE WITH LOCAL RULES

The complaint recently filed in this action fails to comply with Local Rule 11-3.1.1, which requires that if Times New Roman font is used, the size must be no less than 14 and if Courier is used, the size must be no less than 12.

Plaintiff is ordered to file a corrected complaint no later than April 28, 2005.

This Order does not affect the time within which any party must respond to the complaint.

Initials of Preparer: ________

DOCKETED ON CM
APR 11 2005
BY 010

(4)



Dockets.Justia.com