Robert Anthony-Rodriguez v. Match.com Doc. 14

**McNULTY LAW FIRM**
827 Moraga Drive
Bel Air, California 90049
Telephone (310) 471-2707
Fax (310) 472-7014

ATTORNEYS FOR PLAINTIFF

RECEIVED BUT NOT FILED
AUG 22 2005 3:15
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
BY DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
AUG 22 2005
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

SCAN

UNITED STATES DISTRICT COURT

IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

ROBERT ANTHONY-RODRIGUEZ, individually and on behalf of all others similarly situated,

Plaintiff,

v.

MATCH.COM, a Texas limited partnership,

Defendant.

Case No.: CV05-2577 DSF (CWx)

**SECOND AMENDED COMPLAINT**
**(TO STATE INDIVIDUAL AND CLASS ACTION CLAIMS)**

Plaintiff, ROBERT ANTHONY-RODRIGUEZ, individually and on behalf of all others similarly situated, sue MATCH.COM, INC. and allege as follows:

DOCKETED ON CM
AUG 24 2005
BY 010



(14)

Dockets.Justia.com

## PARTIES

1. At all times material hereto, Plaintiff, ROBERT ANTHONY-RODRIGUEZ (hereinafter "RODRIGUEZ") was and is a permanent resident of Broward County, Florida.

2. At all times material hereto, Defendant, MATCH.COM, INC., (hereinafter "MATCH.COM") is Delaware Corporation with its principal place of business in Collin County, Texas. In particular, based upon information and belief, the majority of MATCH.COM employees, tangible property and production activity occur in the state of Texas. More significantly for purposes for establishing diversity as to the Florida plaintiff, neither the majority of MATCH.COM's employees, tangible property, and production activity are located in Florida nor does the majority of it's income, purchases and sales take place in the State of Florida.

## JURISDICTION

3. Pursuant to 28 U.S.C. 1332 (a)(1), this Court has diversity subject matter jurisdiction in that this is an action between citizen of the state of Florida and a Delaware corporation with its principal place of business in the state of Texas. Further, the amount in controversy, exclusive or interest and costs, exceeds $75,000.00.

4. Pursuant to 28 U.S.C. 1332 (d)(2)(A) this Court has original jurisdiction in that the matter in controversy exceeds the sum or value of $5,000,000.00 exclusive of interest and costs and a member of the class of Plaintiffs is a citizen of a State different from any Defendant.

5. Venue is proper in this Court as the acts and/or omissions at issue with respect to Plaintiff, RODRIGUEZ occurred in the State of Florida, County of Broward. Defendant, MATCH.COM, made fraudulent representations via the Internet to Plaintiff, RODRIGUEZ, which were received within the County of Broward and the State of Florida. Plaintiff, RODRIGUEZ, entered into a valid

contract with Defendant, MATCH .COM, within the County of Broward and the State of Florida.

## CLASS ALLEGATIONS

6. Plaintiff RODRIGUEZ is a representative Plaintiff in this class action suit in that:

a. The number of potential Class members is so numerous that joinder of all members is impracticable;

b. There are questions of law and fact common to each member of the Class;

c. The claims of RODRIGUEZ are typical of the claims of the Class;

d. Plaintiff, RODRIGUEZ, will adequately protect the interests of the Class;

7. The Plaintiff and the Class are adequately represented by counsel filing this Complaint. Counsel has adequate measures and is familiar with the key issues in this type of litigation.

8. Plaintiff, RODRIGUEZ's, claim in this lawsuit is typical of the claim in that his damages are those indicated by other members of the class and suffered by all similarly situated.

9. Pursuant to Federal Rule of Civil Procedure 23(b)(3), the general CLASS is identified as any person within the United States who entered into a contract for the online dating services of Defendant, MATCH.COM. There are approximately five (5) million subscribers to Defendant, MATCH.COM's, online dating service. Pursuant to Federal Rule of Civil Procedure 23(c)(4), the general CLASS is divided into the following two subclasses:

a. The first sub-class ("SUB A") consists of those residents of the United States who are current members who subscribed to

Defendant, MATCH.COM's, online dating service but have not yet canceled their membership and had a membership between January 1, 2001 through present.

b. The second sub-class ("SUB B") consists of those residents of the United States who are former members who subscribed to Defendant, MATCH.COM's, online dating service and subsequently canceled their membership but had membership between January 1, 2001 through present.

10. The prosecution of separate actions by each member of the CLASS would create the risk of inconsistent or varying adjudications resulting in incompatible standards of conduct for the Defendants.

11. The questions of law and fact common to the CLASS predominate over any questions affecting only individual members. An action by the CLASS is superior to other available methods for the fair and efficient adjudication of this controversy.

12. All further allegations as to the CLASS are inclusive of SUB A and SUB B unless otherwise alleged.

## GENERAL ALLEGATIONS

13. Defendant, MATCH.COM, advertises on print, television and Internet nationally and worldwide to provide the service of match making of personal relationships and friendships for a fee.

14. At all times material hereto, Defendant, MATCH.COM, represents that its online match making service is a genuine service that does not tolerate fraud and rejects any false profiles offered by its subscribers. This explicit global representation is an integral part of the Defendant's marketing strategy meant to give all subscribers and all potential subscribers a sense of confidence in the authenticity of the images displayed on the Match.com website.

15. At all times material hereto, Defendant, MATCH.COM, represents that the company has a six member anti-fraud team that ferrets out and rejects false profiles.

16. At all times material hereto, Defendant, MATCH.COM, does in fact, deliberately and intentionally, originates and perpetuates false and/or non-existent profiles on their site to generate interest, public trust and give the site a much more attractive and functional appearance in order to falsely represent more subscriber participation than actually exists.

17. These false and/or non-existent profiles are created to induce and entice their target demographic to purchase continued memberships to the service at fees averaging from twenty to thirty dollars per month.

18. The fraud perpetrated by Defendant, MATCH.COM, was intended to and did in fact reach all subscribers of MATCH.COM, including Plaintiff, RODRIGUEZ and other members of the CLASS.

19. Accordingly, Plaintiff, RODRIGUEZ, and other members of the CLASS subscribed to the match making service via an online contract with the hope of establishing potential personal relationships and/or friendships.

20. At all times material hereto, Defendant, MATCH.COM, ensures the site remains occupied and operational by providing enough false and/or non-existent profiles to induce and entice their target demographic.

21. Plaintiff, RODRIGUEZ, and other members of the CLASS, were further induced to continue the monthly subscription fee through Defendant, MATCH.COM's, purposeful and intentional manner of contacting each subscriber by message from a false and/or non-existent potential "new match." As one aspect of the scheme, When a subscriber's service could either be canceled or renewed, Defendant, MATCH.COM, would send the subscriber notification of a potential "new match" with a false and/or non-existent profile; thus, enticing the subscriber to continue his/her subscription.

22. After two years of futile attempts to meet a potential "new match", monthly subscription fees and exhaustive investigation, Plaintiff, RODRIGUEZ, was able to uncover the fraudulent nature of Defendant, MATCH.COM's, online service by uncovering, inter alia, redundancies, chronological errors, and contradictions.

23. The fraud committed by Defendant, MATCH.COM, can be summarized as follows:

a. providing false images of potential "new matches" that do not exist;

b. manufacturing false profiles to match the targeted demographic;

c. providing false images to the targeted demographic on separate occasions that contain different names, addresses and profile information each time;

d. providing false images to illustrate the usefulness, popularity and reliability of the online service;

e. informing the targeted demographic that the false image is a potential "new match";

f. using the same key phrase for multiple false images in an attempt to attract the targeted demographic;

g. providing said false images to the targeted demographic at or about the time for their subscription with Defendant, MATCH.COM, to be renewed or canceled;

h. upon knowledge of a pending claim, altering the online service, to indicate the false images as "inactive" and no longer providing said images to the targeted demographic.

SCANNED

24. Due to the complicated nature of the fraud, and the use of technology to perpetuate the fraud, Plaintiff is unable to fully disclose all of the examples of fraud. However, because Match.Com operates in the age of technology, Plaintiff believes even stronger evidence of fraud can be obtained from an examination of Defendant's computer systems.

25. Specific examples of the fraud include, and based on information and belief, are not limited to the following:

a. Using recurrent phrases for multiple images with such unique dictation and vernacular that such a random reoccurrence would be possible, for example:

i. providing the profile information indicating, "my favorite chocolate is TWIX and I once ate twenty packs in one night", and applying it to false images with the names of:

1. BabeeGrlShelli;
2. PowerfulDaisya;
3. GoodGrlKelliy;
4. IWunUSoBad;
5. ArtistikJannaovq;
6. BeautifulAbigat;
7. DiscoverMargef; and
8. KreepNLydian.

ii. providing the profile information indicating, "The things I always have in my purse: my ID, lip gloss, cell phone, Tic Tacs, my digital camera, and I always have a

twinkie", and applying it to false images with the names of:

1. KaraLykeNiceGuue and
2. RosasJuzzUrGrlu.

iii. providing the profile information indicating, "Have you ever met a full time knitter? I knit dog clothes and I love dogs!", and applying it to false images with the names of:

1. ElisasReady2Gor;
2. ClassyLorie1;
3. Luv4KirstenPlz1;
4. AshleighCruzezu; and
5. LacieAnnoyzUip.

iv. providing the profile information indicating, "Im a creative writer, and I love writing stories about a female superhero,...saving the world and searching for love the superhero...that's me!", and applying it to false images with the names of:

1. ArmyGurlHanaHov;
2. CristinaSwimmer; and
3. KimberlyHasfun1i.

v. providing the profile information indicating, "My friends always tease me cuz I'm an only child, but not THAT spoiled =)" and applying it to false images with the names of:

1. TroolyLiliana4u;
2. JeanWuns2MeetU;
3. LaceyLilRachaelr;
4. CarriesFrickNHh; and



SCANNED

5. Dun4getKandaceg.

vi. providing the profile information indicating, "I love Mariah carey, and once took voice lessons to try to sing like her" and applying it to false images with the names of:

1. DescentElaines;
2. AngiesRightAgn;
3. MzHollyGoil; and
4. ActuallyChantal.

vii. providing the profile information indicating, "people usually get the wrong first impression from me, because I dont like to talk much, but its only because Im shy" and applying it to false images with the names of:

1. CrazySexyAmy1;
2. MidnightVivian; and
3. FindKassandrawos.

viii. providing the profile information indicating, "When my friends introduce me, they always start off with, shes MS. PEOPLE PERSON. Yes, I get along with everyone" and applying it to false images with the names of:

1. SweetAirYaritza1;
2. MaritzaBoutUso;
3. GrumpyColleen; and
4. Hot1Debra1.

ix. providing the profile information indicating, "Im addicted to EBAY! I used to collect a lot of things, but I sold everything on ebay!" and applying it to false images with the names of:

SCANNED

1. BeWitchingCoreyw;
2. GoSeeAsiaS00n;
3. BubbleBathTanyag;
4. XtremeElsathph; and
5. HeartlandNikkim.

x. providing the profile information indicating, "Wazzzuppppp ~ I still love that phrase! Love those frogs" and applying it to false images with the names of:

1. HaleyTravelzFast and
2. BeenieGrlElena.

xi. providing the profile information indicating, "During my weekends, I usually run errands for my family, try to see my friends, and sometimes Ill dedicate a day to myself for some R&R" and applying it to false images with the names of:

1. CaseLemonadeyk and
2. CragyLoretteo.

xii. providing the profile information indicating, "why did the chicken cross the road? I have the real answer, I swear! I have a lot of fun jokes." and applying it to false images with the names of:

1. Gr33nZMyC010rd;
2. SexiLilNaomidv;
3. BeautifulAbigat;
4. BolderNathalien;
5. KyieKnowzBest;
6. SweetieDeena4U; and
7. ArianasHeart.

SCANNED

xiii. providing the profile information indicating, "I recently lost 45 pounds, and Im looking for someone who knows a lot about fitness" and applying it to false images with the names of:

1. BumbleBeeDoreen;
2. KatchElizabethh; and
3. KyieKnowzBest.

xiv. providing the profile information indicating, "One day I'm goin to Africa and, after that I'm backpacking Europe by myself" and applying it to false images with the names of:

1. CrazySexyAmy1;
2. KyieKnowzBest; and
3. KatesANiceGurl.

xv. providing the profile information indicating, "This isnt a great picture of me, but I hope youre not just looking for someone with a pretty face." applying it to false images with the names of:

1. AshCares4Ud;
2. BoozNToniGurl;
3. JanicesNotShy; and
4. AngiesRightAgn.

xvi. providing the profile information indicating, "So, you like what you see from my picture. Dont judge a book by

its cover although, I wont complain if you like what you see." and applying it to false images with the names of:

1. SweetMeMara and
2. AnimeJanelle.

xvii. providing the profile information indicating, "I enjoy all types of music, but I cant stand Britney spears! Shes so overrated for her untalented career." and applying it to false images with the names of:

1. HotGalJordynr and
2. LuvSongDena.

xviii. providing the profile information indicating, "Ive visited all the western states of USA. I was in Times Square for New Year's 99........I think eBay is cool." and applying it to false images with the names of:

1. UrBabyKirstinq and
2. HighOnDinah.

xix. providing the profile information indicating, "I used to have a huge Barbie collection..and then I discovered Ebay, and POOF it went! Hehheh" and applying it to false images with the names of:

1. Home4Jessiev;
2. TryTheAndreaqwql; and
3. LostEyesLorraine.

xx. providing the profile information indicating, "i culd be weird n annoying sumtymes; but i just do that to bug people wen im bored." and applying it to false images with the names of:

1. KofiGalBernicep and

2. BoozNToniGurl.

SCANNED

xxi. providing the profile information indicating, "waiting around at a bar for a guy to approach me is so tiresome..Im here and waiting to meet you..hhehehe" and applying it to false images with the names of:

1. CristinaSwimmer;
2. BubbleeRaquela;
3. KatchElizabethh; and
4. CorashowzOffw.

xxii. providing the profile information indicating, "I always have candy or cookies in my purse. I like purses too!" and applying it to false images with the names of:

1. FancyRichelle1m;
2. LockDownTiara1w;
3. CheekyElise1n; and
4. MaritzaBoutUso.

xxiii providing the profile information indicating, "Im really into things that make a girl feel like a woman. I like sexy perfume, clothes, shoes, and to complete it off, a great purse will enhance everything." and applying it to false images with the names of:

1. ShimmeryMayrah and
2. KrystalsHeat1.

xxiv. providing the profile information indicating, "I enjoy playing monopoly with my friends, or just watching a

movie at home with my boo." and applying it to false images with the names of:

1. RealFoxxyMeghanq;
2. UnderCoverElisy;
3. Helens1stLuvf; and
4. KiraGoesApeovj.

xxv. providing the profile information indicating, "hi I feel like Meg Ryan looking for her Tom Hanks I love [. . .]", and applying it to false images with the names of:

1. BetOnCarole1;
2. StaceysCertainm; and
3. CouldBeDesiraeq.

xxvi. providing the profile information indicating, "People say Im too submissive to my boyfriends, but I just like being taken care of. I like trusting my man." and applying it to false images with the names of:

1. LindsayRules and
2. SinfulSheenay.

xxvii. providing the profile information indicating, "I recently started interning at a radio station, and I love it!" and applying it to false images with the names of:

1. FearlessShamikaj and
2. DownUnderElsa1e.

xxviii. providing the profile information indicating, "my favorite color is green, I love coffee ice cream, and I once won a bowling tournament." and applying it to false images with the names of:

1. PrincessAdrianne and

2. BritanyDivided1.

SCANNED

xxix. providing the profile information indicating, "My friend told me I should write about my fascination with girls. I dont like girls in a sexual way, but I love to check girls out. I guess it's a competitive thing." and applying it to false images with the names of:

1. CoffeeGalCarly1 and
2. ElisasReady2Gor.

b. Identical Images being used for multiple "identities", to wit:

i. providing the image of a woman named "FindKassandrawos" on October 30, 2004, which indicated that she was located in Rawley Springs, Virginia, and suing the caption, "people usually get the wrong impression of me, because I don't like to talk to much, but it's only because I'm shy."

ii. Providing the same image of a woman previously identified as "FindKassandrawos", now identified as "SweetAirYaritza1" on October 30, 2004, and now indicating that she was located in Duquesne, Pennsylvania, and using the different caption of " When my friends introduce me, they always start off with, she's MS. PEOPLE PERSON."

26. Based on information and belief, Defendant, MATCH.COM, provided such false and/or non-existent profiles in an attempt to show as many people online as possible in order to maintain the appearance of activity.

27. Defendant, MATCH.COM, would promote these false images as being available matches and authentic identities.

28. As evidence of Defendant, MATCH.COM's, knowledge of this fraud, based on information and belief, upon the filing of a pro se lawsuit against MATCH.COM that did not identify these images specifically, Defendant, MATCH.COM, ceased promoting these false images.

29. Defendant, MATCH.COM, has taken many of these false and/or non-existent profiles and altered their status from always "active" to now indicting whether or not the profile is "inactive" or "online now."

30. Further, Defendant, MATCH.COM, is no longer proactively inducing the targeted demographic to continue their subscription based on these false and/or non-existent profiles.

## COUNT I

## BREACH OF CONTRACT AGAINST MATCH.COM

Plaintiff, RODRIGUEZ, adopts, realleges and incorporates by reference all of the preliminary allegations in paragraphs 1 through 29 of this Complaint as if they were set forth in full herein and further alleges the following matters:

31. Defendant, MATCH.COM, advertised and offered a legitimate online dating service for anyone to subscribe to for a fee. A copy of the Terms of Use Agreement is attached hereto as Exhibit A.

32. Defendant, MATCH.COM, executed a valid, fully integrated contract with Plaintiff, RODRIGUEZ, and the CLASS, via the Internet, representing its online dating services as genuine and free from false profiles.

33. All parties to the contract understood the nature of the contract was intended to provide each paying subscriber with access to a legitimate and genuine online dating services in exchange for a monthly subscription fee.

34. Defendant, MATCH.COM, does not have and valid defenses to the formation of the contract.

35. Plaintiff, RODRIGUEZ, and the CLASS have complied with any and all conditions precedent under the terms of the contract.

36. Defendant, MATCH.COM, breached the aforementioned contract by intentionally and purposefully providing false and/or non-existent profiles to the subscribers of its online dating service in an effort to secure a continuous subscription fee without providing a legitimate service.

37. As a result of Defendant, MATCH.COM's, breach of contract, Plaintiff, RODRIGUEZ and the CLASS, have been financially and emotionally damaged.

WHEREFORE, Plaintiff, ROBERT ANTHONY-RODRIGUEZ, individually and on behalf of all others similarly situated, demand judgment for damages against Defendant, MATCH.COM, together with pre-judgment interest and costs and demand trial by jury of all issues triable as of right by jury.

## COUNT II

## FRAUD AGAINST MATCH.COM

Plaintiff, RODRIGUEZ, adopts, realleges and incorporates by reference all of the preliminary allegations in paragraphs 1 through 29 of this Complaint as if they were set forth in full herein and further alleges the following matters:

38. Defendant, MATCH.COM, represented via the Internet that it offered a legitimate and genuine online dating service in exchange for a monthly

subscription fee. A copy of the Terms of Use Agreement is attached hereto as Exhibit A.

39. These representations were material facts which were essentially the essence of the subscription agreement.

40. During the operative period, Defendant, MATCH.COM, further globally represented to its subscribers that false and/or non-existent individuals were interested in a potential "match".

41. During the subscription period, Defendant, MATCH.COM, further globally represented that it's online match making service is a genuine service that does not tolerate fraud and rejects nay false profiles offered by it's subscribers.

42. Defendant, MATCH.COM, made these global representations with the fraudulent intent to induce Plaintiff, RODRIGUEZ and the CLASS, to rely and act upon them.

43. Plaintiff, RODRIGUEZ and the CLASS, did in fact rely and act on these representations to the extent of, but not limited to, paying monthly subscription fees for a substantial period of time.

44. Defendant, MATCH.COM, knew or should have known these representations were false and likely to induce Plaintiff, RODRIGUEZ and the CLASS to act on them.

45. Plaintiff, RODRIGUEZ and the CLASS, justifiably and detrimentally relied on these representations and have been financially and emotionally damaged as a result.

WHEREFORE, Plaintiff, ROBERTANTHONY-RODRIGUEZ, individually and on behalf of all others similarly situated, demand judgment for damages against Defendant, MATCH.COM, together with pre-judgment interest and costs and demand trial by jury of all issues triable as of right by jury.

SCANNED

**COUNT III**

**NEGLIGENT MISREPRESENTATION AGAINST MATCH.COM**

Plaintiff, RODRIGUEZ, adopts, realleges and incorporates by reference all of the preliminary allegations in paragraphs 1 through 29 of this Complaint as if they were set forth in full herein and further alleges the following matters:

46. Defendant, MATCH.COM, represented via the Internet that it offered a legitimate and genuine online dating service in exchange for a monthly subscription fee. A copy of the Terms of Use Agreement is attached hereto as Exhibit A.

47. These representations were material facts which were essentially the essence of the subscription agreement.

48. During the subscription period, Defendant, MATCH.COM, further represented to its subscribers that false and/or non-existent individuals were interested in a potential "match".

49. Defendant, MATCH.COM, made these representations with the fraudulent intent to induce Plaintiff, RODRIGUEZ and the CLASS, to rely and act upon them.

50. Plaintiff, RODRIGUEZ and the CLASS, did in fact rely and act on these representations to the extent of, but not limited to, paying monthly subscription fees for a substantial period of time.

51. At the time Defendant, MATCH.COM, made these representations, MATCH.COM should have known these representations were false or made them without knowledge of their truth or veracity.

52. Plaintiff, RODRIGUEZ and the CLASS, justifiably and detrimentally relied on these representations and have been financially and emotionally damaged as a result.

WHEREFORE, Plaintiff, ROBERT ANTHONY-RODRIGUEZ, individually and on behalf of all others similarly situated, demand judgment for damages against Defendant, MATCH.COM, together with pre-judgment interest and costs and demand trial by jury of all issues triable as of right by jury.

## COUNT IV

## DECEPTIVE AND UNFAIR TRADE PRACTICES PURSUANT TO FLORIDA STATUTE, § 501.204, *et seq.* AGAINST MATCH.COM

Plaintiff, RODRIGUEZ, adopts, realleges and incorporates by reference all of the preliminary allegations in paragraphs 1 through 29 of this Complaint as if they were set forth in full herein and further alleges the following matters:

53. Defendant, MATCH.COM, represented via the Internet that it offered a legitimate and genuine online dating service in exchange for a monthly subscription fee. A copy of the Terms of Use Agreement is attached hereto as Exhibit A.

54. These representations were material facts which were essentially the essence of the subscription agreement.

55. These representations were deceptive and likely to mislead consumers acting reasonably in the circumstances into subscribing to Defendant, MATCH.COM's, online dating service.

56. These representations are unfair methods of practice because they are immoral, unethical, oppressive, unscrupulous and substantially injurious to consumers.

57. Plaintiff, RODRIGUEZ and the CLASS, were in fact misled by Defendant, MATCH.COM's representations to the extent of, but not limited to, paying monthly subscription fees for a substantial period of time.

58. Plaintiff, RODRIGUEZ and the CLASS, were substantially injured financially and emotionally as a result of these representations.

WHEREFORE, Plaintiff, ROBERT ANTHONY-RODRIGUEZ, individually and on behalf of all others similarly situated, demand judgment for damages against Defendant, MATCH.COM, together with pre-judgment interest and costs and demand trial by jury of all issues triable as of right by jury.

## COUNT V

## CLAIM OF UNJUST ENRICHMENT AGAINST MATCH.COM

Plaintiff, RODRIGUEZ, adopts, realleges and incorporates by reference all of the preliminary allegations in paragraphs 1 through 29 of this Complaint as if they were set forth in full herein and further alleges the following matters:

59. Defendant, MATCH.COM, represented via the Internet that it offered a legitimate and genuine online dating service in exchange for a monthly subscription fee. A copy of the Terms of Use Agreement is attached hereto as Exhibit A.

60. These representations were material facts which were essentially the essence of the subscription agreement.

61. During the operative period, Defendant, MATCH.COM, further globally represented to its subscribers that false and/or non-existent individuals were interested in a potential "match".

62. During the subscription period, Defendant, MATCH.COM, further globally represented that it's online match making service is a genuine service that does not tolerate fraud and rejects nay false profiles offered by it's subscribers.

63. Defendant, MATCH.COM, made these global representations with the fraudulent intent to induce Plaintiff, RODRIGUEZ and the CLASS, to rely and act upon them.

64. Plaintiff, RODRIGUEZ and the CLASS, did in fact rely and act on these representations to the extent of, but not limited to, paying monthly subscription fees for a substantial period of time.

65. Defendant, MATCH.COM, voluntarily accepted the monthly subscription fee and made substantial profits from said fees.

66. The fraudulent nature of Defendant, MATCH.COM's, conduct renders the retention of the subscription fees inequitable.

67. The retention of the subscription fees paid by Plaintiff, RODRIGUEZ and the CLASS violates the fundamental principles of justice, equity and good conscience.

WHEREFORE, Plaintiff, ROBERT ANTHONY-RODRIGUEZ, individually and on behalf of all others similarly situated, demand judgment for damages against Defendant, MATCH.COM, together with pre-judgment interest and costs and demand trial by jury of all issues triable as of right by jury.

**COUNT VI**

**CLAIM FOR RESTITUTION AGAINST MATCH.COM**

Plaintiff, RODRIGUEZ, adopts, realleges and incorporates by reference all of the preliminary allegations in paragraphs 1 through 29 of this Complaint as if they were set forth in full herein and further alleges the following matters:

68. Defendant, MATCH.COM, represented via the Internet that it offered a legitimate and genuine online dating service in exchange for a monthly

subscription fee. A copy of the Terms of Use Agreement is attached hereto as Exhibit A.

69. These representations were material facts which were essentially the essence of the subscription agreement.

70. During the operative period, Defendant, MATCH.COM, further globally represented to its subscribers that false and/or non-existent individuals were interested in a potential "match".

71. During the subscription period, Defendant, MATCH.COM, further globally represented that it's online match making service is a genuine service that does not tolerate fraud and rejects nay false profiles offered by it's subscribers.

72. Defendant, MATCH.COM, made these global representations with the fraudulent intent to induce Plaintiff, RODRIGUEZ and the CLASS, to rely and act upon them.

73. Plaintiff, RODRIGUEZ and the CLASS, did in fact rely and act on these representations to the extent of, but not limited to, paying monthly subscription fees for a substantial period of time.

74. The monthly subscription fees were ill gained benefits that unjustly enriched Defendant, MATCH.COM, at the expense of Plaintiff, RODRIGUEZ and the CLASS.

WHEREFORE, Plaintiff, ROBERT ANTHONY-RODRIGUEZ, individually and on behalf of all others similarly situated, demand judgment for damages against Defendant, MATCH.COM, together with pre-judgment interest and costs and demand trial by jury of all issues triable as of right by jury.

**DEMAND FOR TRIAL BY JURY**

WHEREFORE, Plaintiff, ROBERT ANTHONY-RODRIGUEZ, individually and on behalf of all others similarly situated, demand judgment for damages against Defendant, MATCH.COM, together with pre-judgment interest and costs and demand trial by jury of all issues triable as of right by jury.

DATED: August 19 2005

McNULTY LAW FIRM

By: 

Peter J. McNulty

SCANNED

**Match.com Terms of Use Agreement**

Welcome to Match.com, the service for adults to meet each other online operated by Match.com, L.P. ("Match.com"). By using the Match.com Website (the "Website") you agree to be bound by these Terms of Use (this "Agreement"), whether or not you register as a member ("Member"). If you wish to become a Member and communicate with other Members and make use of the Match.com service (the "Service"), read these Terms of Use and indicate your acceptance of them by following the instructions in the Registration process.

This Agreement sets out the legally binding terms of your use of the Website and your membership in the Service and may be modified by Match.com from time to time, such modifications to be effective upon posting by Match.com on the Website. This Agreement includes Match.com's Acceptable Use Policy for Content Posted on the Website, Match.com's Privacy Policy, and any notices regarding the Website. You may also receive a copy of this Agreement by emailing us at: customercare@match.com, Subject: Terms of Use Agreement.

1. **Eligibility.** You must be eighteen or over to register as a member of Match.com or use the Website. Membership in the Service is void where prohibited. By using the Website, you represent and warrant that you have the right, authority, and capacity to enter into this Agreement and to abide by all of the terms and conditions of this Agreement.

2. **Term.** This Agreement will remain in full force and effect while you use the Website and/or are a Member. You may terminate your membership at any time, for any reason by following the instructions on the Resign pages in Account Settings, or upon receipt by Match.com of your written or email notice of termination. Match.com may terminate your membership for any reason, effective upon sending notice to you at the email address you provide in your application for membership, or such other email address as you may later provide to Match.com. If Match.com terminates your membership in the Service because you have breached the Agreement, you will not be entitled to any refund of unused subscription fees. Even after membership is terminated, this Agreement will remain in effect. Even after this Agreement is terminated, certain provisions will remain in effect, including sections 4, 5, 7 and 9-14 of this Agreement.

3. **Non Commercial Use by Members.** The Website is for the personal use of individual Members only and may not be used in connection with any commercial endeavors. Organizations, companies, and/or businesses may not become Members and should not use the Service or the Website for any purpose. Illegal and/or unauthorized uses of the Website, including collecting usernames and/or email addresses of members by electronic or other means for the purpose of sending unsolicited email and unauthorized framing of or linking to the Website will be investigated, and appropriate legal action will be taken, including without limitation, civil, criminal, and injunctive redress.

4. **Proprietary Rights in Content on Match.com.** Match.com owns and retains all proprietary rights in the Website and the Service. The Website contains the copyrighted material, trademarks, and other proprietary information of Match.com, and its licensors. Except for that information which is in the public domain or for which you have been given written permission, you may not copy, modify, publish, transmit, distribute, perform, display, or sell any such proprietary information.

5. **Content Posted on the Site.**

   a. You understand and agree that Match.com may review and delete any content, messages, Match.com Messenger messages, photos or profiles (collectively, "Content") that in the sole judgment of Match.com violate this Agreement or which might be offensive, illegal, or that might violate the rights, harm, or threaten the safety of Members.

EXHIBIT

A

b. You are solely responsible for the Content that you publish or display (hereinafter, "post") on the Service, or transmit to other Members.

c. By posting Content to any public area of Match.com, you automatically grant, and you represent and warrant that you have the right to grant, to Match.com an irrevocable, perpetual, non-exclusive, fully paid, worldwide license to use, copy, perform, display, and distribute such information and content and to prepare derivative works of, or incorporate into other works, such information and content, and to grant and authorize sublicenses of the foregoing.

d. The following is a partial list of the kind of Content that is illegal or prohibited on the Website. Match.com reserves the right to investigate and take appropriate legal action in its sole discretion against anyone who violates this provision, including without limitation, removing the offending communication from the Service and terminating the membership of such violators. It includes Content that:

- is patently offensive to the online community, such as Content that promotes racism, bigotry, hatred or physical harm of any kind against any group or individual;
- harasses or advocates harassment of another person;
- involves the transmission of "junk mail", "chain letters," or unsolicited mass mailing or "spamming";
- promotes information that you know is false, misleading or promotes illegal activities or conduct that is abusive, threatening, obscene, defamatory or libelous;
- promotes an illegal or unauthorized copy of another person's copyrighted work, such as providing pirated computer programs or links to them, providing information to circumvent manufacture-installed copy-protect devices, or providing pirated music or links to pirated music files;
- contains restricted or password only access pages, or hidden pages or images (those not linked to or from another accessible page);
- provides material that exploits people under the age of 18 in a sexual or violent manner, or solicits personal information from anyone under 18;
- provides instructional information about illegal activities such as making or buying illegal weapons, violating someone's privacy, or providing or creating computer viruses;
- solicits passwords or personal identifying information for commercial or unlawful purposes from other users; and
- engages in commercial activities and/or sales without our prior written consent such as contests, sweepstakes, barter, advertising, and pyramid schemes.

e. You must use the Service in a manner consistent with any and all applicable laws and regulations.

f. You may not include in your Member profile any telephone numbers, street addresses, last names, URLs or email addresses.

g. You may not engage in advertising to, or solicitation of, other Members to buy or sell any products or services through the Service. You may not transmit any chain letters or junk email to other Members. Although Match.com cannot monitor the conduct of its Members off the Website, it is also a violation of these rules to use any information obtained from the Service in order to harass, abuse, or harm another person, or in order to contact, advertise to, solicit, or sell to any Member without their prior explicit consent. In order to protect our Members from such advertising or solicitation, Match.com reserves the right to restrict the number of emails which a Member may send to other Members in any 24-hour period to a number which Match.com deems appropriate in its sole discretion.

6. **Copyright Policy.** You may not post, distribute, or reproduce in any way any copyrighted

material, trademarks, or other proprietary information without obtaining the prior written consent of the owner of such proprietary rights. Without limiting the foregoing, if you believe that your work has been copied and posted on the Service in a way that constitutes copyright infringement, please provide our Copyright Agent with the following information: an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest; a description of the copyrighted work that you claim has been infringed; a description of where the material that you claim is infringing is located on the Website; your address, telephone number, and email address; a written statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; a statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf. Match.com's Copyright Agent for notice of claims of copyright infringement can be reached as follows: General Counsel, Match.com c/o Ticketmaster 3701 Wilshire Blvd., Los Angeles, CA 90010.

7. **Subscription.** If you sign up for multiple subscriptions to Match.com, you will be limited to only one instance of Match.com Messenger, regardless of the number of subscribing accounts you may have with us.

8. **Member Disputes.** You are solely responsible for your interactions with other Match.com Members. Match.com, Inc. reserves the right, but has no obligation, to monitor disputes between you and other Members.

9. **Privacy.** Use of the Website and/or the Service is also governed by our Privacy Policy.

10. **Disclaimers.** Match.com is not responsible for any incorrect or inaccurate Content posted on the Website or in connection with the Service, whether caused by users of the Website, Members or by any of the equipment or programming associated with or utilized in the Service. Match.com is not responsible for the conduct, whether online or offline, of any user of the Website or Member of the Service. Match.com assumes no responsibility for any error, omission, interruption, deletion, defect, delay in operation or transmission, communications line failure, theft or destruction or unauthorized access to, or alteration of, user or Member communications. Match.com is not responsible for any problems or technical malfunction of any telephone network or lines, computer online systems, servers or providers, computer equipment, software, failure of email or players on account of technical problems or traffic congestion on the Internet or at any Website or combination thereof, including injury or damage to users and/or Members or to any other person's computer related to or resulting from participating or downloading materials in connection with the Web and/or in connection with the Service. Under no circumstances will Match.com be responsible for any loss or damage, including personal injury or death, resulting from anyone's use of the Website or the Service, any Content posted on the Website or transmitted to Members, or any interactions between users of the Website, whether online or offline. The Website and the Service are provided "AS-IS" and Match.com expressly disclaims any warranty of fitness for a particular purpose or non-infringement. Match.com cannot guarantee and does not promise any specific results from use of the Website and/or the Service.

11. **Limitation on Liability.** Except in jurisdictions where such provisions are restricted, in no event will Match.com be liable to you or any third person for any indirect, consequential, exemplary, incidental, special or punitive damages, including also lost profits arising from your use of the Web site or the Service, even if Match.com has been advised of the possibility of such damages. Notwithstanding anything to the contrary contained herein, Match.com's liability to you for any cause whatsoever, and regardless of the form of the action, will at all times be limited to the amount paid, if any, by you to Match.com for the Service during the term of membership.

12. **U.S. Export Controls.** Software from this Website (the "Software") is further subject to United States export controls. No Software may be downloaded from the Website or otherwise exported or re-exported (i) into (or to a national or resident of) Cuba, Iraq, Libya, North Korea, Iran, Syria, or any other Country to which the U.S. has embargoed goods; or (ii) to anyone on the U.S. Treasury Department's list of Specially Designated Nationals or the U.S. Commerce Department's Table of Deny Orders. By downloading or using the Software, you represent and warrant that you are not located in, under the control of, or a national or resident of any such country or on any such list.

13. **Disputes.** If there is any dispute about or involving the Website and/or the Service, by using the Website, you agree that the dispute will be governed by the laws of the State of California without regard to its conflict of law provisions. You agree to personal jurisdiction by and venue in the state and federal courts of the State of California, City of Los Angeles.

14. **Indemnity.** You agree to indemnify and hold Match.com, its subsidiaries, affiliates, officers, agents, and other partners and employees, harmless from any loss, liability, claim, or demand, including reasonable attorney's fees, made by any third party due to or arising out of your use of the Service in violation of this Agreement and/or arising from a breach of this Agreement and/or any breach of your representations and warranties set forth above.

15. **Other.** This Agreement, accepted upon use of the Website and further affirmed by becoming a Member of the Service, contains the entire agreement between you and Match.com regarding the use of the Website and/or the Service. If any provision of this Agreement is held invalid, the remainder of this Agreement shall continue in full force and effect.

Please contact us with any questions regarding this agreement. Match.com is a trademark of Match.com, L.P.

I HAVE READ THIS AGREEMENT AND AGREE TO ALL OF THE PROVISIONS CONTAINED ABOVE.

Click here to complete registration

Take a Tour | About Match.com | Careers at Match.com | Match News Center | Online Dating Safety Tips
Your Privacy | Terms of Use | Help | Site Map | Contact Us | Advertise with Us | Become an Affiliate

© Copyright 2004 Match.com, LP.

partner sites: [illegible] LendingTree [illegible]

entertainment [illegible] CondoSaver [illegible] ClassicVacations