Robert Anthony-Rodriguez v. Match.com Doc. 16

**McNULTY LAW FIRM**
827 Moraga Drive
Bel Air, California 90049
Telephone (310) 471-2707
Fax (310) 472-7014

ATTORNEYS FOR PLAINTIFF

RECEIVED BUT NOT FILED
AUG 22 2005
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
BY DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
AUG 22 2005
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

ROBERT ANTHONY-RODRIGUEZ, individually and on behalf of all others similarly situated,

Plaintiff,

v.

MATCH.COM, a Texas limited partnership,

Defendant.

Case No.: CV05-2577 DSF (CWx)

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only ✓

DOCKETED ON CM
AUG 31 2005
BY 010

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION**

Plaintiff, ROBERT ANTHONY-RODRIGUEZ, by and through his undersigned attorney hereby files this response to this court's Order to Show Cause and states as follows:

16



Dockets.Justia.com

1. This Court issued an Order to Show Cause on July 22, 2005 directing the Plaintiff's attention to the jurisdictional averment regarding diversity jurisdiction.
2. In respect to said Order to Show Cause, Plaintiff has filed a Second Amended Complaint which alleges the corporate Defendant's parties principal place of business.
3. In addition, the complaint alleges that the corporate Defendant's principal place of business is not in Florida, the state of which the Plaintiff is a citizen.
4. Finally, Plaintiff would also respond to the Order to Show Cause by showing that this action was originally filed in Florida state court in Broward County, Florida as a pro se action. Therefore, the defendant removed the action to the United States District Court of the Southern District of Florida. Thereafter, Plaintiff retained the undersigned counsel. Rather than amending the pre se complaint, the defendants agreed by Stipulation to the entry of a voluntary dismissal so as to permit the Plaintiff the opportunity to file an original complaint to perfect the pleadings. However, as a specific condition of that voluntary dismissal, the defendant required that the matter be filed in federal court. See exhibit A attached hereto. Based upon the Stipulation, Plaintiff filed a new action in the United States District Court the Southern District of Florida. Before an answer was filed by the Defendants, the Court dismissed that complaint predicated upon the choice of venue provisions in the defendant's contract which chose this forum. See exhibit B attached hereto.
5. Although Plaintiff is cognizant of the fact that the parties cannot create subject matter jurisdiction, Plaintiff's filing in this court was based upon a good faith belief as to the diversity of the parties as well as the Stipulation entered into by the parties.

Wherefore, Plaintiff requests this court to not dismiss this cause of action for lack of subject matter jurisdiction.

SCANNED

DATED: August 22, 2005

MCNULTY LAW FIRM

By: ______________________

Peter J. McNulty

SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

SCANNED

Case No.: 04-CIV-61542-COOKE/MCALILEY

ROBERT ANTHONY-RODRIGUEZ,

Plaintiff,

vs.

MATCH.COM, an operating business of
IAC/InterActiveCorp,

Defendant.

_______________________________/

## STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The Plaintiff, ROBERT ANTHONY-RODRIQUEZ, through undersigned counsel, and with the stipulation of Defendant, MATCH.COM, hereby gives notice of filing pursuant to Fed. R. Civ. P. 41(a)(1) a voluntary dismissal without prejudice. In support of this stipulation, the parties state:

1. Plaintiff, ROBERT ANTHONY-RODRIGUEZ, and Defendant, MATCH.COM, agree to the voluntary dismissal without prejudice of the action captioned as ROBERT ANTHONY-RODRIGUEZ v. MATCH.COM, an operating business of IAC/InterActiveCorp., with each party to bear its own costs and attorneys' fees.

2. If MATCH.COM again becomes a Defendant in an action brought by ROBERT ANTHONY-RODRIGUEZ within the next 30 days, such filing shall relate back to the date of the filing of the Complaint in this action, and the statute of limitations shall be tolled from the date of the original filing of the Complaint in this action.

Ex A

3. Plaintiff hereby irrevocably and unconditionally expressly agrees that if he files any subsequent action based upon, by reason of, arising from, relating to, or in connection with any of the acts, facts, events, matters, transactions or occurrences referred to in any of the pleadings filed in the above Action, or otherwise alleged, asserted or contended in the above Action, or which could have been alleged, asserted or contended in the above Action, that said Action shall be filed solely and exclusively in the United States District Court for the Southern District of Florida ("District Court"), or, to the extent jurisdiction is lacking in the District Court, in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida ("Circuit Court"). Plaintiff also irrevocably and unconditionally expressly agrees to submit to the exclusive jurisdiction of the District Court or Circuit Court, and further irrevocably and unconditionally waives any claim that any suit, action or proceeding brought in such forum, has been brought in an inconvenient forum.

4. In entering into this Stipulation, MATCH.COM expressly reserves any and all rights and defenses otherwise available.

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Attorneys for Defendant
150 West Flagler Street
Suite 2200, Museum Tower
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-3395

By:______________________________
RICHARD B. JACKSON, ESQ.
Florida Bar No.: 898910

KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN & McKEE, P.A.
Attorneys for Plaintiff
700 Southeast Third Avenue
Courthouse Law Plaza, Suite 100
Fort Lauderdale, Florida 33316
Telephone: (954) 763-8181

BY:______________________________
MICHAEL J. RYAN, ESQUIRE
Florida Bar No.: 975990

**Certificate of Service**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via facsimile

and U.S. mail on this _____ day of January 2005, to: Richard B. Jackson, Esq., Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson, P.A., 150 West Flagler Street, Suite 2200, Museum Tower, Miami, Florida 33130, Telephone: (305) 789-3200 Facsimile: (305) 789-3395 and William J. DiPetrillo, Esq., The Law Offices of William J. DiPetrillo & Associates, P.A., 400 S.E. 8th Street, Ft. Lauderdale, Florida 33316, Telephone : (954) 769-9918 .

SCANNED

SCANNED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 05-CIV-60349-COOKE/MCALILEY

ROBERT ANTHONY-RODRIGUEZ
individually and on behalf of all
others similarly situated,

*Plaintiff,*

vs.

MATCH.COM, a Texas limited partnership,

*Defendant.*

/

CLOSED
CIVIL
CASE

FILED by Mm D.C.
MGC
MAR 30 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**FINAL ORDER OF DISMISSAL AND DENYING ALL PENDING MOTIONS AS MOOT**

**THIS CAUSE** came before the Court upon a *sua sponte* review of the Plaintiff's Complaint [D.E. 1], filed March 9, 2005. In his Complaint, the Plaintiff avers the following:

> 4. Venue is proper in this Court as the acts and/or omissions at issue with respect to Plaintiff, RODRIGUEZ occurred in the State of Florida, County of Broward. Defendant, MATCH.COM, made fraudulent representations via the Internet to Plaintiff, RODRIGUEZ, which were received within the County of Broward and the State of Florida. ***Plaintiff, RODRIGUEZ, entered into a valid contract with the Defendant, MATCH.COM, within the County of Broward and the State of Florida.***

*See* Pl. Compl. at ¶ 4 (*emphasis added*). The contract referenced by the Plaintiff specifically provides that personal jurisdiction and venue will lay in the state and federal courts of the State of California, City of Los Angeles. *See* Ex. A, Pl. Compl. at ¶ 13. By his own admission, the Plaintiff does not dispute the terms of this contract. As such, the sole and exclusive basis for personal jurisdiction and venue for any legal action arising out of this contract, will be in the



Ex B

4/1K

courts of the State of California, City of Los Angeles. *See Pelican Ventures LLC v. Azimut S.P.A.*, 2004 WL 3142550 (S.D. Fla. 2004). Therefore, it is hereby

**ORDERED AND ADJUDGED** that the above-captioned matter is **DISMISSED** and **ALL PENDING MOTIONS ARE DENIED AS MOOT.**

**DONE AND ORDERED** in chambers in Miami-Dade, County, Miami, Florida, this 30th day of March, 2005.

**THE HONORABLE MARCIA G. COOKE**
**UNITED STATES DISTRICT COURT JUDGE**

cc:

*All Counsel of Record*

The Honorable Magistrate Judge Chris M. McAliley



SCANNED