Robert Anthony-Rodriguez v. Match.com Doc. 17

SEND

FILED
CLERK, U.S. DISTRICT COURT
AUG 30 2005
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge DSF

From: N Cullen, Deputy Clerk Date Received: 8/22/05

Case No.: CV05-2577 Case Title: Anthony-Rodriguez -v- Match

Document Entitled: PQ - Response to order to Show cause [Com re dismissal]

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 11-3.1 Document not legible
- ☐ Local Rule 11-3.8 Lacking name, address, phone and facsimile numbers
- ☐ Local Rule 11-4.1 No copy provided for judge
- ☐ Local Rule 19-1 Complaint/Petition includes more than ten (10) Does or fictitiously named parties
- ☐ Local Rule 15-1 Proposed amended pleading not under separate cover
- ☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
- ☐ Local Rule 6.1 Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 Statement of genuine issues of material fact lacking
- ☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
- ☐ Local Rule 16-6 Pretrial conference order not signed by all counsel
- ☒ FRCvP Rule 5(d) No proof of service attached to document(s)
- ☐ Other:

**Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.**

---

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☒ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. ~~Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule~~ 83-7.

8-29-05
Date

Dale S. Fischer
U.S. District Judge / ~~U.S. Magistrate Judge~~

☐ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

Date

U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

DOCKETED ON CM
AUG 31 2005
BY BG 010

17



Dockets.Justia.com