Robert Anthony-Rodriguez v. Match.com Doc. 18

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

ORIGINAL

**SEND**

SCANNED

Case No. CV 05-2577-DSF(CWx) Date August 30, 2005

Title ROBERT ANTHONY-RODRIGUEZ v. MATCH.COM

Present: The Honorable DALE S. FISCHER, UNITED STATES DISTRICT JUDGE

| PAUL PIERSON | NOT PRESENT |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| NOT PRESENT | NOT PRESENT |

**Proceedings:** (IN CHAMBERS) ORDER DISCHARGING ORDER TO SHOW CAUSE

The Court, discharges the Order to Show Cause re Dismissal for Lack of Subject Matter Jurisdiction against the Plaintiff pursuant to their response filed on 8/22/05.

DOCKETED ON CM
SEP - 1 2005
BY RG 010

18



Dockets.Justia.com