Robert Anthony-Rodriguez v. Match.com Doc. 19

ADAM PINES (CA Bar No. 172374)
JOY T. TEITEL (CA Bar No. 211718)
MANATT, PHELPS & PHILLIPS, LLP
11355 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: (310) 312-4000
Facsimile: (310) 312-4224
E-Mail: apines@manatt.com
jteitel@manatt.com

*Attorneys for Defendant*
MATCH.COM, L.P.

Priority
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

ORIGINAL

SCANNED

FILED
CLERK, U.S. DISTRICT COURT
SEP - 2 2005
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

LODGED
2005 AUG 31 PM 3:01

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANTHONY-RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>MATCH.COM, a Texas limited Partnership,<br><br>*Defendant*. | Case. No. CV 05-2577 DSF (CWx)<br><br>**STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO SECOND AMENDED COMPLAINT; [~~PROPOSED~~] ORDER** |

IT IS HEREBY STIPULATED by and between plaintiff Robert Anthony-Rodriguez ("Plaintiff") and defendant Match.Com, L.P., a Delaware limited partnership (erroneously sued herein as Match.Com, a Texas limited Partnership) ("Defendant"), through their respective counsel of record as follows:

WHEREAS, Defendant was served with the summons and complaint in this action on August 2, 2005;

WHEREAS, Defendant was served with the First Amended Complaint in this action on August 18, 2005;

WHEREAS, Defendant filed a Second Amended Complaint in this action on August 23, 2005;

DOCKETED ON CM
SEP - 6 2005
BY 002

19

Dockets.Justia.com

WHEREAS, on August 25, 2005, Defendant agreed to accept service of the Second Amended Complaint by overnight mail;

WHEREAS, on August 25, 2005, Plaintiff agreed to provide Defendant with an unsigned copy of the Second Amended Complaint by e-mail on August 25, 2005 with a signed, conformed copy of the Second Amended Complaint to follow by overnight mail no later than August 31, 2005;

WHEREAS, the parties have agreed that Defendant shall have until September 19, 2005 to respond to the Second Amended Complaint.

NOW, THEREFORE, and based upon the above recitals, it is hereby agreed and stipulated by the parties hereto, through their respective attorneys of record, that:

1. Defendant shall have until September 19, 2005 to respond to the Second Amended Complaint.

STIPULATED AND AGREED TO:

Dated: August __, 2005

MCNULTY LAW FIRM

By ______________________
Peter J. McNulty
*Attorneys for Plaintiff*
ROBERT ANTHONY-RODRIGUEZ

Dated: August 25, 2005

MANATT, PHELPS & PHILLIPS, LLP

By [signature]
Joy T. Teitel
*Attorneys for Defendant*
MATCH.COM, L.P.

40915906 1

SCANNED

WHEREAS, on August 25, 2005, Defendant agreed to accept service of the Second Amended Complaint by overnight mail;

WHEREAS, on August 25, 2005, Plaintiff agreed to provide Defendant with an unsigned copy of the Second Amended Complaint by e-mail on August 25, 2005 with a signed, conformed copy of the Second Amended Complaint to follow by overnight mail no later than August 31, 2005;

WHEREAS, the parties have agreed that Defendant shall have until September 19, 2005 to respond to the Second Amended Complaint.

NOW, THEREFORE, and based upon the above recitals, it is hereby agreed and stipulated by the parties hereto, through their respective attorneys of record, that:

1. Defendant shall have until September 19, 2005 to respond to the Second Amended Complaint.

STIPULATED AND AGREED TO:

Dated: August 27, 2005

MCNULTY LAW FIRM

By ______________________
Peter J. McNulty
*Attorneys for Plaintiff*
ROBERT ANTHONY-RODRIGUEZ

Dated: August 25, 2005

MANATT, PHELPS & PHILLIPS, LLP

By ______________________
Joy T. Teitel
*Attorneys for Defendant*
MATCH.COM, L.P.

40915906.1

**ORDER**

Defendant Match.com shall have until September 19, 2005 to respond to the Second Amended Complaint filed by Plaintiff Robert Anthony-Rodriguez.

DATED: 9-1-05

Hon. Dale S. Fischer
U.S. District Court Judge

SCANNED

**PROOF OF SERVICE**

I, Candi Saul, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11355 West Olympic Boulevard, Los Angeles, California 90064-1614. On August 31, 2005, I served a copy of the within document(s):

STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO SECOND AMENDED COMPLAINT; [PROPOSED] ORDER

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed __________ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a __________ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Peter J. McNulty, Esq.
McNulty Law Firm
827 Moraga Drive
Bel Air, California 90049
Fax: (310) 472-7014

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 31, 2005, at Los Angeles, California.

Candi Saul
Candi Saul