Robert Anthony-Rodriguez v. Match.com Doc. 2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ORIGINAL

# CIVIL MINUTES - GENERAL

[redacted] SEND

SCANNED

Case No. CV 05-2577 DSF (CWx) Date October 17, 2005

Title Robert Anthony-Rodriguez v. Match.com

---

Present: The Honorable DALE S. FISCHER, United States District Judge

| Paul D. Pierson | Pamela Seijas |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Daniel Glaser<br>Brett Rosenthal | Adam Pines |

**Proceedings:** HEARING RE DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT (filed 9/19/05)

The case is called and counsel state their appearances. The Court advises of its tentative ruling, invites oral argument and informs counsel that a written order will follow.

DOCKETED ON CM
OCT 19 2005
BY Bg 010

26

Time: ______ : 10

Initials of Deputy Clerk: ______



Dockets.Justia.co