Robert Anthony-Rodriguez v. Match.com Doc. 2

Michael J. Ryan, Esquire
Krupnick Campbell Malone, et al.
700 S.E. Third Avenue, Suite 100
Ft. Lauderdale, FL 33316

Send

FILED
CLERK, U.S. DISTRICT COURT
DEC - 5 2005
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

SCANNED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LODGED
2005 DEC -2 PM 3:59
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

ROBERT ANTHONY-RODRIGUEZ,

Plaintiff

v.

MATCH.COM

Defendant.

CASE NUMBER: CV 05-2577-DSF(CWx)

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

---

The Court, having reviewed the accompanying Application of, KELLEY B. GELB, of KRUPNICK CAMPBELL MALONE, et al. for permission to appear and participate in the above-entitled action on behalf of Plaintiff and the designation of PETER J. McNULTY, of McNULTY LAW FIRM, 827 Moraga Drive, Bel Air, California 90049 as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED ☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated: 12-5-05

Dale S. Fischer
U.S. District Judge/~~U.S. Magistrate~~ Judge



DOCKETED ON CM
DEC - 8 2005
BY BG 010

29

Dockets.Justia.com