ORIGINAL

Robert Anthony-Rodriguez v. Match.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Doc. 3

# CIVIL MINUTES - GENERAL

**PRIORITY SEND**

SCANNED

Case No. CV 05-2577 DSF (CWx) Date December 12, 2005

Title ROBERT ANTHONY-RODRIGUEZ v. MATCH.COM

Present: The Honorable DALE S. FISCHER, United States District Judge

| Sandy Eagle | N/A |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER TAKING SCHEDULING CONFERENCE OFF CALENDAR

On the Court's own motion, the Scheduling Conference previously set for December 19, 2005 is taken off calendar. Trial Order will issue.

It is so ordered.

DOCKETED ON CM
DEC 13 2005
BY Bg 010

Time: ________ : ________

Initials of Deputy Clerk: ________

32



Dockets.Justia.com