Robert Anthony-Rodriguez v. Match.com Doc. 33

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ORIGINAL

# CIVIL MINUTES - GENERAL

**PRIORITY SEND**

SCANNED

Case No. CV 05-2577 DSF (CWx) Date January 3, 2006

Title ROBERT ANTHONY-RODRIGUEZ v. MATCH.COM

Present: The Honorable DALE S. FISCHER, United States District Judge

| Paul Pierson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER RESETTING SCHEDULING CONFERENCE

The Court, previously having taken the scheduling conference off the calendar, orders the matter be reset for Monday, January 30, 2006 at 11:00 a.m.

Time: ______ : 0

Initials of Deputy Clerk: 

DOCKETED ON CM
JAN - 3 2006
BY 010

33



Dockets.Justia.com