Robert Anthony-Rodriguez v. Match.com Doc. 34

Michael J. Ryan, Esquire
Krupnick Campbell Malone, et al.
700 S.E. Third Avenue, Suite 100
Ft. Lauderdale, FL 33316

FILED
CLERK, U.S. DISTRICT COURT
JAN - 6 2006
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ROBERT ANTHONY-RODRIGUEZ,

Plaintiff

v.

MATCH.COM

Defendant.

CASE NUMBER: CV 05-2577-DSF(CWx)

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

RECEIVED BUT NOT FILED
JAN - 4 2006
2:55
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION DEPUTY
BY

The Court, having reviewed the accompanying Application of, MICHAEL J. RYAN, of KRUPNICK CAMPBELL MALONE, et al. for permission to appear and participate in the above-entitled action on behalf of Plaintiff and the designation of PETER J. McNULTY, of McNULTY LAW FIRM, 827 Moraga Drive, Bel Air, California 90049 as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED ☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated: 1-6-06

[signature]
U.S. District Judge/~~U.S. Magistrate Judge~~



DOCKETED ON CM
JAN - 9 2006
BY 010

34

Dockets.Justia.com