Robert Anthony-Rodriguez v. Match.com Doc. 36

ORIGINAL

SEND

FILED
CLERK, U.S. DISTRICT COURT
JAN 31 2006
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT ANTHONY-RODRIGUEZ<br>Plaintiff(s)<br>v.<br>MATCH.COM<br>Defendant(s). | CASE NUMBER<br>CV 05-2577-DSF(CWx)<br>**ORDER/REFERRAL TO ADR PILOT PROGRAM** |

IT IS HEREBY ORDERED THAT this case shall be

☐ ordered to the Attorney Settlement Officer Panel for an early settlement conference to be completed no later than ________________. Within ten (10) days, plaintiff shall: obtain the consent of the Attorney Settlement Officer who will conduct the settlement conference; telephonically notify the Attorney Settlement Officer Panel Coordinator (213-894-8249) of the consent; and file form ADR-2, Stipulation Regarding Selection of Attorney Settlement Officer. If the parties have not selected and obtained the consent of an Attorney Settlement Officer within ten (10) days, one shall be randomly assigned by the Attorney Settlement Officer Panel Coordinator appointed by the court. Forms and a list of Attorney Settlement Officers are available on the court's website located at www.cacd.uscourts.gov (Attorney Information section, ADR subsection).

☐ ordered to the Attorney Settlement Officer Panel for a Local Civil Rule 16-14 Settlement Conference. Within ten (10) days, plaintiff shall: obtain the consent of the Attorney Settlement Officer who will conduct the settlement conference; telephonically notify the Attorney Settlement Officer Panel Coordinator (213-894-8249) of the consent; and file form ADR-2, Stipulation Regarding Selection of Attorney Settlement Officer. If the parties have not selected and obtained the consent of an Attorney Settlement Officer within ten (10) days, one shall be randomly assigned by the Attorney Settlement Officer Panel Coordinator appointed by the court. Forms and a list of Attorney Settlement Officers are available on the court's website located at www.cacd.uscourts.gov (Attorney Information section, ADR subsection).

☐ ordered to a private mediator based upon a stipulation of the parties to be completed no later than ________________

☑ other Procedure #1 (assigned Magistrate Judge Woehrle)

The Court hereby directs the parties to complete the following discovery before engaging in the settlement conference or mediation hearing ________________

The Court further sets a status conference on ________________

Dated: 1/30/06 [signature]
United States District Judge

cc: *Attorney Settlement Officer Panel Coordinator*

DOCKETED ON CM
FEB - 1 2006
BY BG 010

36



Dockets.Justia.com