Robert Anthony-Rodriguez v. Match.com Doc. 37

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ORIGINAL

# CIVIL MINUTES - GENERAL

**SEND**

Case No. CV 05-2577-DSF(CWx) Date 1/30/06

Title ROBERT ANTHONY-RODRIGUEZ v. MATCH.COM

Present: The Honorable DALE S. FISCHER, UNITED STATES DISTRICT JUDGE

| PAUL PIERSON | DEBORAH GACKLE |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| MICHAEL RYAN | ROBERT PLATT |

**Proceedings:** STATUS CONFERENCE

The case is called and counsel state their appearances. The Court is advised of status and addresses the class certification briefing issues. The Court orders counsel to schedule a conference forthwith before Magistrate Judge Woehrle to discuss and establish discovery procedures. The Court reminds counsel that principals are required at a settlement conference before proceeding to trial. The last day for a class certification motion to be heard is 8/28/06 at 1:30 p.m. Case management dates are established. (See Order re Jury Trial for specific dates and times.)

DOCKETED ON CM
FEB - 1 2006
BY BG 010

37

Time: ____:_30____



Dockets.Justia.com