Robert Anthony-Rodriguez v. Match.com Doc. 40

ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

**SEND**

SCANNED

| | | | |
|---|---|---|---|
| Case No. | CV 05-2577 DSF (CWx) | Date | March 29, 2006 |
| Title | ROBERT ANTHONY-RODRIGUEZ v. MATCH.COM | | |

Present: The Honorable DALE S. FISCHER, United States District Judge

| | |
|---|---|
| SANDY EAGLE | N/A |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER ADVANCING TIME FOR COUNSEL FOR PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL (filed 3/10/06)

On the court's own motion, time only is advanced from 1:30 pm to **11:00 a.m.** for hearing on the above-described motion. The hearing date of April 10, 2006 remains.

Time: ________ : __________

Initials of Deputy Clerk: ____

DOCKETED ON CM
MAR 29 2006
BY 010

40



Dockets.Justia.com