✓ SCAN

Robert Anthony-Rodriguez v. Match.com Doc. 41

FILED
CLERK, U.S. DISTRICT COURT
APR - 6 2006
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

UNITED STATES DISTRICT COURT

IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

ROBERT ANTHONY-RODRIGUEZ, individually and on behalf of others similarly situated,

PLAINTIFF,

VS

MATCH.COM, a Texas limited

CASE NO.: CV05-2577 DSF(CWx)

JUDGE: HON. DALE S. FISCHER

STIPULATION TO ACCEPT MOTION TO WITHDRAW UNOPPOSED GIVEN ENLARGEMENT OF TIME TO PLACE READY COUNCEL AND HAVING NEW REPRESENTATION COME WITHOUT RESTRAINT OF CURRENT SCHEDULE

DATE: APRIL 10, 2006
COURTROOM 840
255 EAST TEMPLE STREET
LOS ANGELES, CA 90012

---

IT IS HEREBY REQUESTED BY THE PLAINTIFF PERSONALLY AS FOLLOWS:

WHEREAS, AT THE APRIL 10, 2006 HEARING PLANITIFF'S COUNCEL SEEKS TO WITHDRAW AS THE ATTORNEY OF RECORD, ROBERT ANTHONY-RODRIGUEZ DOES RESPECTFULLY PRAY THE COURT WILL ALLOW THE FAIRNESS ONLY TIME CAN PROVIDE TO ENGAGE NEW READY COUNCIL WHO MAY NOW COME ONLY IF UNENCUMBERED BY A SCHEDULE UNFIT FOR A DILLIGENT AND PRODUCTIVE EFFORT DUE TO THE COMPLEXITY AND STEALTHY NATURE OF THE EVIDENCE AND THE NEWNESS OF THE LEGAL REPRESENTATIVE.

IT IS WITHIN THE POWER OF THE COURT TO GRANT SUCH TIME WHEN IT IS PROPER AND JUST TO ENSURE THAT A CASE IS GIVEN ITS FAIR REDRESS UNDER LAW AND WHEN IS FOR NO OTHER REASON MEANT TO DELAY OR SUBVERT THE NORMAL CAUSES OF THE COURT AND WHEN THAT PURPOSE IS TO FINALLY RESOLVE JUSTICE. FRCP 1,15(b).



DOCKETED ON CM
APR - 7 2006
BY 010

41

Dockets.Justia.com

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

WHEREAS, PLAINTIFF IS LEFT TO THE IMPOTENCE OF SELF-REPRESENTATION WHICH HE SHALL ENDURE FOR THE SAKE OF THE CLASS AND IN PURSUIT OF JUSTICE NO MATTER HOW STEEP THE EFFORT.

SCANNED

WHEREAS, PLAINTIFF IS ASSURED NEW REPRESENTATION WITH A FAVORABALE DECISION BY THE COURT WHERE PLAINTIFF AND NEW COUNCEL ARE COMMITTED TO PROCEED WITH EFFICIENCY AND ACCURACY.

1. NOW, THEREFORE, I DO ACCEPT THE MOTION TO WITHDRAW BASED ONLY ON THE MERITS OF UNDERSTANDING AND LOGIC AS IT IS UNMOVED BY STRENGTHS AND FACTS OF THE CASE AND WITHHOLD OPPOSITION BASED PURERLY ON THE COURTS CONSIDERATION AND NOT ITS FINAL ORDER WHICH WILL CERTAINLY PREVAIL.

DATED: APRIL 1, 2006

Robert Anthony Rodriguez

ROBERT ANTHONY-RODRIGUEZ

954-557-5466