Robert Anthony-Rodriguez v. Match.com Doc. 4

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ORIGINAL

**CIVIL MINUTES - GENERAL**

**PRIORITY SEND**

SCANNED

Case No. CV 05-2577 DSF (CWx) Date April 12, 2006

Title ROBERT ANTHONY-RODRIGUEZ v. MATCH.COM

Present: The Honorable DALE S. FISCHER, United States District Judge

| Paul Pierson | N/A |
| --- | --- |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND MAKING FURTHER ORDERS

Counsel for Plaintiff's Notice of Motion and Motion to Withdraw as Counsel came on for hearing on April 10, 2006. Having reviewed the papers submitted and having heard the arguments of counsel, the Court GRANTS the Motion.

Discovery is stayed until May 10, 2006.

Plaintiff is advised that he may represent himself, or may retain counsel. In either event, he is required diligently to prosecute this action, including taking primary responsibility for preparation of the pretrial documents described in the Order re Jury Trial filed January 31, 2006 and attending a settlement conference no later than September 11, 2006. Plaintiff is to contact defense counsel to arrange to schedule such a settlement conference.

DOCKETED ON CM
APR 13 2006
BY RG 010

Failure timely to submit proposed jury instructions will result in waiver of jury trial by the party who fails to submit jury instructions. (The Court's Order re Jury Trial contains requirements different from those in Local Rule 51-1.) Failure to attend a settlement conference, prepare required pretrial documents, or attend the Final Pretrial Conference on October 30, 2006 at 3:00 p.m. or Trial on November 28, 2006 at 8:00 a.m. will result in dismissal of this action without prejudice.

Plaintiff's mailing address is 5944 Coral Ridge Drive, Apt. 164, Coral Springs, Florida 33076. His telephone number is 954-557-5466. All documents must be served on Plaintiff at that address until another address has been specified.

Plaintiff may not represent "others similarly situated" as he is not an attorney.

(42)



Dockets.Justia.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

**PRIORITY SEND**

SCANNED

Therefore, if counsel does not substitute into this action by May 10, 2006, all references in the pleadings to "all others similarly situated" or similar references will be stricken and the case will proceed as an individual action.

Initials of Deputy Clerk: ______