Robert Anthony-Rodriguez v. Match.com Doc. 43

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ORIGINAL

**CIVIL MINUTES - GENERAL**

**SEND**

SCANNED

Case No. CV 05-2577-DSF(CWx) Date 4/10/06

Title ROBERT ANTHONY-RODRIGUEZ v. MATCH.COM

Present: The Honorable DALE S. FISCHER, UNITED STATES DISTRICT JUDGE

| PAUL PIERSON | PAMELA SEIJAS |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Michael Ryan<br>Brett Rosenthal | Joy Teitel |

**Proceedings:** HEARING ON PLAINTIFF'S COUNSEL MOTION TO WITHDRAW AS COUNSEL (filed 3/10/06)

The case is called and counsel state their appearances. The Court provides counsel a letter it had received regarding the above-referenced motion. The Court advises counsel that the motion is conditionally granted and indicates that a written order will follow

FILED
CLERK, U.S. DISTRICT COURT
MAR 1 7 2006
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

43

DOCKETED ON CM
APR 1 7 2006
BY 003

Time: ____:_07____



Dockets.Justia.com