Robert Anthony-Rodriguez v. Match.com Doc. 48

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ORIGINAL

## CIVIL MINUTES - GENERAL

**PRIORITY SEND**

SCANNED

Case No. CV 05-2577-DSF (CWx) Date 5/12/06

Title ROBERT ANTHONY-RODRIGUEZ v. MATCH.COM

Present: The Honorable DALE S. FISCHER, UNITED STATES DISTRICT JUDGE

| PAUL PIERSON | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order Denying Motion to Continue

Plaintiff's Motion to Continue or to Vacate Schedule Order is denied. This Court's ruling on counsel's motion to withdraw was not based on – or contingent on – plaintiff's approval.

Plaintiff's request for a 12 month continuance is DENIED. Plaintiff has not shown diligence in retaining counsel. Should plaintiff retain counsel, new counsel may seek an appropriate continuance.

DOCKETED ON CM
MAY 15 2006
BY BG 010

Time: _____:____

48



Dockets.Justia.com