Robert Anthony-Rodriguez v. Match.com Doc. 54

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ORIGINAL

**CIVIL MINUTES - GENERAL**

**SEND**

SCANNED

Case No. CV 05-2577-DSF (CWx) Date 8/22 /06

Title ROBERT ANTHONY-RODRIGUEZ v. MATCH.COM

Present: The Honorable DALE S. FISCHER, UNITED STATES DISTRICT JUDGE

| PAUL PIERSON | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order Granting Defendant Match.com, L.P.'s Motion to Strike Class Allegations in Plaintiff's Second Amended Complaint

Defendant Match.com, L.P.'s Motion to Strike Class Allegations in Plaintiff's Second Amended Complaint was filed on August 7, 2006. Opposition was due August 14, 2006. No opposition has yet been filed. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing on the Motion is removed from the Court's calendar.

The Court deems the lack of opposition to be consent to the motion. Local Rule 7-12. See also Ghazali v. Moran, 46 F.3d 52 (9th Cir. 1995); Brydges v. Lewis, 18 F.3d 651, 652 (9th Cir. 1993). The Motion is GRANTED.

DOCKETED ON CM
AUG 2 4 2006
BY SB 004

54



Dockets.Justia.com