Robert Anthony-Rodriguez v. Match.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ORIGINAL

Doc. 55

**CIVIL MINUTES - GENERAL**

**SEND**
**JS-6**

SCANNED

Case No. CV 05-2577-DSF (CWx) Date 8/22/06

Title ROBERT ANTHONY-RODRIGUEZ v. MATCH.COM

Present: The Honorable DALE S. FISCHER, UNITED STATES DISTRICT JUDGE

| PAUL PIERSON | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order re Defendant Match.com, L.P.'s Motion for Summary Judgment

Defendant Match.com, L.P.'s Motion for Summary Judgment was filed on August 7, 2006. Concurrently with this Order the Court has dismissed the action for lack of subject matter jurisdiction. The instant Motion is off-calendar as moot.

✓ Docketed
___ Copies / NTC Sent
✓ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

DOCKETED ON CM
AUG 2 4 2006
BY 004

55



Dockets.Justia.com