ORIGINAL

Robert Anthony-Rodriguez v. Match.com Doc. 5

ENTERED
CLERK, U.S. DISTRICT COURT
AUG 24 2006
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
AUG 22 2006
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

SCANNED

✓ SEND
✓ ENTER
✓ CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROBERT ANTHONY-RODRIGUEZ, individually and on behalf of all others similarly situated,

Plaintiff,

v.

MATCH.COM, a Texas limited Partnership,

Defendant.

Case No. CV 05-2577 DSF (CWx)

JUDGMENT OF DISMISSAL

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

The Court having dismissed this action for lack of subject matter jurisdiction,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, and that the action be dismissed without prejudice.

DATED: August 22, 2006

DALE S. FISCHER
United States District Judge

✓ Docketed
Copies / NTC Sent
JS - 5 / JS - 6
JS - 2 / JS - 3
✓ CLSD

DOCKETED ON CM
AUG 24 2006
BY SB 004

56

Dockets.Justia.com