Robert Anthony-Rodriguez v. Match.com Doc. 61

# UNITED STATES DISTRICT COURT
Central District of California

## BILL OF COSTS

FILED
CLERK, U.S. DISTRICT COURT
OCT 30 2006
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

ROBERT ANTHONY-RODRIGUEZ
V.
MATCH.COM

Case Number: CV 05-2577 DSF (CWx)

Doc # 56

Judgment having been entered in the above entitled action on August 24, 2006 (Date) against Plaintiff Robert Anthony-Rodriguez

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ 480.00 |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case (Expedited or daily transcripts require prior Court Order.) | |
| 1. Trial Transcripts, if requested by the Court or prepared pursuant to stipulation | |
| 2. Deposition Transcripts (includes non-expedited transcripts, the reporter's appearance fee, fees for binding, hates stamping, non-expedited shipping & handling, processing fee, ASCII disks, production and code compliance charge, electronic transmission charge, miniscripts and witness handling charges). | |
| Fees and disbursements for printing (The costs of copies of an exhibit attached to a document necessarily filed and served.) | |
| Fees for witnesses (itemize on page 2 of 3) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs to be taxed pursuant to prior Court approval (please itemize) | |
| TOTAL | $ 480.00 |

LODGED
2006 SEP -8 PM 3:07
CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

DOCKETED ON CM
OCT 30 2006
BY 112

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Robert Anthony-Rodriguez, plaintiff in pro per.

[signature] Signature of Attorney — Adam Pines, Name of Attorney

61

For: Defendant Match.com, L.P. (Name of Claiming Party) — Date: September 5, 2006

Costs are taxed in the amount of $480.00 and included in the judgment.

SHERRI R. CARTER, Clerk of Court — By: [signature] Deputy Clerk JUDY A. MATTHEWS — 10/30/06 Date



American LegalNet, Inc. www.USCourtForms.com

Dockets.Justia.com

## WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)

| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | TOTAL | | 0.00 |


American LegalNet, Inc. www.USCourtForms.com

## INSTRUCTIONS AND NOTICES REGARDING BILL OF COSTS

SPECIAL NOTE: An itemization and documentation to support the claims made in all categories shall be attached to the Application for Bill of Costs. Documentation shall include receipts, orders and stipulations of the parties. The claiming party shall ensure that any receipts are self-explanatory (i.e. receipts for service, to include the name of the individual). The Clerk's designee will disallow any expenses that do not have supporting documentation. It is the claiming party's responsibility to ensure that the total cost requested in all categories on Form CV-59 reflects the same total of the documentation submitted in support thereof. The Clerk's designee shall allow such items specified in the application which are properly recoverable as costs.

### Amended Procedure for Filing Bill of Costs

Local Rule 54.3 - Within (15) days after entry of judgment , the party entitled to costs shall file a Notice of Application to the Clerk to Tax Costs and shall lodge a verified Bill of Costs on Form CV-59 in accordance with the instructions on said form. The Bill of Costs and the Application to the Clerk to Tax Costs shall be prepared as two separate documents. The Bill of Costs may be lodged when presented for filing and will be filed at the time of determination of allowable costs by the Clerk's designee. All costs shall be specified so that the nature of the claim can be readily understood.

### Appearance Requirements

Local Rule 54-3.2 - Time of Application - The date and time for taxation of costs by the Clerk shall be not less than fourteen (14) nor more than twenty-one (21) days from the date notice is given to the other parties. If no objections to the Bill of Costs are filed, then no appearance by counsel is required. In the absence of an objection, any item listed will be taxed as allowed under Local Rule 54. When an objection is filed, the Clerk's designee may determine that no hearing is required and the parties will be so notified. If a hearing is to be held, the Clerk's designee may specify the form of the hearing and determine if telephonic appearances are appropriate.

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."

41035988.1


American LegalNet, Inc. www.USCourtForms.com

TO ORDER COPIES OF ANY DOCUMENTS LISTED BELOW, CALL WESTLAW COURTEXPRESS 1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply).

SCANNED

**This docket is current through 09/07/2006**

| | |
|---|---|
| **Court:** | U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA (WESTERN DIVISION - LOS ANGELES) |
| **Case Title:** | ROBERT ANTHONY-RODRIGUEZ v. MATCH.COM |
| **Case:** | 2:05-CV-02577 |
| **Judge:** | JUDGE DALE S. FISCHER |
| **Date Filed:** | 04/07/2005 |

**CASE INFORMATION**

| | |
|---|---|
| **Case Number:** | 2:05CV02577 |
| **Referred To:** | MAGISTRATE JUDGE CARLA WOEHRLE |
| **Jury Demand:** | PLAINTIFF |
| **Nature of Suit:** | CONTRACT: OTHER CONTRACT (190) |
| **Jurisdiction:** | DIVERSITY |
| **Cause:** | 28 USC 1332 DIVERSITY-OTHER CONTRACT |

**PARTICIPANT INFORMATION**

| | |
|---|---|
| **Plaintiff:** | ROBERT ANTHONY-RODRIGUEZ INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED |
| **Attorney(s):** | ROBERT ANTHONY-RODRIGUEZ |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

SCANNED

**Status:** PRO SE
**Attorney Address:** 5944 CORAL RIDGE DRIVE APT 164
CORAL SPRINGS, FL 33076
**Attorney Phone:** 954-557-5466

**Attorney(s):** KELLEY B GELB
**Firm Name:** KRUPNICK CAMPBELL MALONE
**Attorney Address:** 700 SE THIRD AVENUE
FORT LUADERDALE, FL 33316
**Attorney Phone:** 954-763-8181

**Attorney(s):** MICHAEL J RYAN
**Firm Name:** KRUPNICK CAMPBELL MALONE
**Attorney Address:** 700 SE THIRD AVENUE
FORT LAUDERDALE, FL 33316
**Attorney Phone:** 954-763-8181

**Attorney(s):** PETER J MCNULTY
**Attorney Terminated:** 04/12/2006
**Email Address:** PETER@MCNULTYLAW.COM
**Firm Name:** MCNULTY LAW FIRM
**Attorney Address:** 827 MORAGA DRIVE
BEL AIR, CA 90049
**Attorney Phone:** 310-471-2707

**Defendant:** MATCH.COM A TEXAS LIMITED PARTNERSHIP
**Attorney(s):** ADAM PINES
**Email Address:** APINES@MANATT.COM
**Firm Name:** MANATT PHELPS & PHILLIPS
**Attorney Address:** 11355 W OLYMPIC BLVD
LOS ANGELES, CA 90064-1614
**Attorney Phone:** 310-312-4000

**Attorney(s):** JOY T TEITEL
**Email Address:** JTEITEL@MANATT.COM
**Firm Name:** MANATT PHELPS & PHILLIPS
**Attorney Address:** 11355 W OLYMPIC BLVD
LOS ANGELES, CA 90064-1614
**Attorney Phone:** 310-312-4000

**DOCKET PROCEEDINGS**

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

| **Entry#:** | **Date:** | **Description:** |
|---|---|---|
| 56 | 08/22/2006 | JUDGMENT OF DISMISSAL BY JUDGE DALE S. FISCHER: THE COURT HAVING DISMISSED THIS ACTION FOR LACK OF SUBJECT MATTER JURISDICTION, IT IS ORDERED THAT PLAINTIFF TAKE NOTHING AND THAT THE ACTION BE DISMISSED WITHOUT PREJUDICE. (SHB, ) (ENTERED: 08/24/2006)<br><br>View Document in PDF Format |
| 55 | 08/22/2006 | MINUTES OF IN CHAMBERS ORDER HELD BEFORE JUDGE DALE S. FISCHER: TAKING OFF-CALENDAR THE MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT[50]. THE COURT IS DISMISSING THIS ACTION FOR LACKOF SUBJECT MATTER JURISDICTION. (MADE JS-6. CASE TERMINATED.)COURT REPORTER: NOT PRESENT. (SHB, ) (ENTERED: 08/24/2006)<br><br>View Document in PDF Format |
| 54 | 08/22/2006 | MINUTES OF IN CHAMBERS ORDER HELD BEFORE JUDGE DALE S. FISCHER: GRANTING DEFENDANT MATCH.COM, L.P.'S MOTION TO STRIKE CLASS ALLEGATIONS IN PLAINTIFF'S SECOND AMENDED COMPLAINT [49] COURT REPORTER: NOT PRESENT. (SHB, ) (ENTERED: 08/24/2006)<br><br>View Document in PDF Format |
| 53 | 08/22/2006 | MINUTES OF IN CHAMBERS ORDER HELD BEFORE JUDGE DALE S. FISCHER: GRANTING DEFENDANT MATCH.COM, L.P.'S MOTION TO DISMISS FOR LACK OF JURISDICTION[51] COURT REPORTER: NOT PRESENT. (SHB, ) (ENTERED: 08/24/2006)<br><br>View Document in PDF Format |
| 52 | 08/07/2006 | PROOF OF SERVICE FILED BY DEFENDANT MATCH.COM, RE MOTION TO STRIKE[49], MOTION TO DISMISS FOR LACK OF JURISDICTION[51], MOTION FOR SUMMARY JUDGMENT MOTION FOR PARTIAL SUMMARY JUDGMENT MOTION FOR PARTIAL SUMMARY JUDGMENT[50], WAS SERVED ON 8/3/06. (SHB, ) (ENTERED: 08/14/2006)<br><br>Order Document for Later Delivery |
| 51 | 08/07/2006 | DEFENDANT MATCH.COM, LP'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF JASON COWLISHA IN SUPPORT THEREOF FILED BY DEFENDANT MATCH.COM. MOTION SET FOR |

| | | |
|---|---|---|
| | | HEARING ON 8/28/2006 AT 01:30 PM BEFORE JUDGE DALE S. FISCHER. LODGED PROPOSED ORDER. (SHB, ) (ENTERED: 08/14/2006)<br><br>Order Document for Later Delivery |
| 50 | 08/07/2006 | DEFENDANT MATCH.COM, L.P.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF JASON COWLISHA IN SUPPORT THEREOF FILED BY DEFENDANT MATCH.COM. MOTION SET FOR HEARING ON 8/28/2006 AT 01:30 PM BEFORE JUDGE DALE S. FISCHER. LODGED PROPOSED STATEMENT, ORDER; JUDGMENT. (SHB, ) (ENTERED: 08/14/2006)<br><br>Order Document for Later Delivery |
| 49 | 08/07/2006 | DEFENDANT MATCH.COM, LP'S NOTICE OF MOTION AND MOTION TO STRIKE CLASS ALLEGATIONS IN PLAINTIFF'S SECOND AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF ADAM PINES IN SUPPORT THEREOF FILED BY DEFENDANT MATCH.COM. MOTION SET FOR HEARING ON 8/28/2006 AT 01:30 PM BEFORE JUDGE DALE S. FISCHER. LODGED PROPOSED ORDER. (SHB, ) (ENTERED: 08/14/2006)<br><br>Order Document for Later Delivery |
| 48 | 05/12/2006 | MINUTES OF IN CHAMBERS ORDER HELD BEFORE JUDGE DALE S. FISCHER : RE: MOTION TO CONTINUE MOTION TO WITHDRAW : PLAINTIFFS REQUEST FOR A 12 MONTH CONTINUANCE IS DENIED. PLAINTIFF HAS NOT SHOWN DILIGENCE IN RETAINING COUNSEL. SHOULD PLAINTIF RETAIN COUNSEL, NEW COUNSEL MAY SEEEK AN APPROPRIATE CONTINUANCE.COURT REPORTER: NOT PRESENT. (BG, ) (ENTERED: 05/15/2006)<br><br>View Document in PDF Format |
| 47 | 05/12/2006 | NOTICE OF MOTION AND MOTION TO CONTINUE AND/OR VACATE SCHEDULE ORDER TO CLARIFY THE JUDICIAL POSITION ON PLAINTIFFS MOTION TO WITHDRAW RE: MOTION OF PETER J MCNULTY TO WITHDRAW AS ATTORNEY[39] FILED BY PLAINTIFF ROBERT ANTHONY-RODRIGUEZ. (BG, ) (ENTERED: 05/15/2006)<br><br>Order Document for Later Delivery |
| 46 | 05/08/2006 | NOTICE OF DISCREPANCY AND ORDER: BY JUDGE DALE S. FISCHER, ORDERING MOTION FOR CONTINUANCE AND/OR TO VACATE SCHEDULE ORDER SUBMITTED RECEIVED ON 5/3/06 IS NOT TO BE FILED BUT INSTEAD REJECTED. DENIAL |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

| | | |
|---|---|---|
| | | BASED ON: NO COPY PROVIDED FOR JUDGE.(BG, ) (ENTERED: 05/12/2006)<br><br>View Document in PDF Format |
| 45 | 04/24/2006 | NOTICE OF VACATION OF APRIL 26, 2006 DISCOVERY CONFERENCE FILED BY DEFENDANT MATCH.COM. (BG, ) (ENTERED: 04/27/2006)<br><br>Order Document for Later Delivery |
| 42 | 04/12/2006 | MINUTES OF (IN CHAMBERS) ORDER HELD BEFORE JUDGE DALE S. FISCHER : RE: MOTION OF PETER J MCNULTY TO WITHDRAW AS ATTORNEY[39] HAVING REVIEWED THE PAPERS SUBMITTED AND HAVING HEARD THE ARGUMENTS OF COUNSEL, THE COURT GRANTS THE MOTION. DISCOVERY IS STAYED UNTIL 5/10/06. PLAINTIFF IS ADVISED THAT HE MAY REPRESENT HIMSELF, OR MAY RETAIN COUNSEL. PLAINTIFF MAY NOT REPRESENT "OTHERS SIMILARLY SITUATED" AS HE IS NOT AN ATTORNEY. THEREFORE, IF COUNSEL DOES NOT SUBSTITUE INTO THIS ACTION BY 5/10/06, ALL REFERENCES IN THE PLEADINGS TO "ALL OTHERS SIMILARLY SITUATED" OR SIMILAR REFERENCES WILL BE STRICKEN AND THE CASE WILL PROCEED AS AN INDIVIDUAL ACTION. COURT REPORTER: NOT PRESENT. (BG, ) (ENTERED: 04/13/2006)<br><br>View Document in PDF Format |
| 44 | 04/11/2006 | DECLARATION OF BRETT L. ROSENTHAL RE: PLAINTIFF, ROBERT ANTHONY-RODRIGUEZ'S ADDRESS AND CONTACT INFORMATION FILED. (PCL, ) (ENTERED: 04/17/2006)<br><br>Order Document for Later Delivery |
| 43 | 04/10/2006 | MINUTES OF MOTION HEARING HELD BEFORE JUDGE DALE S. FISCHER (HEARING ON MOTION TO WITHDRAW AS COUNSEL) : THE CASE IS CALEED AND COUNSEL STATE THEIR APPEARANCES. THE COURT PROVIDES COUNSEL A LETTER IT HAD RECEIVED REGARDING THE ABOVE-REFERENCED MOITON. THE COURT ADVISES COUNSEL THAT THE MOTION IS CONDITIONALLY GRANTED AND INDICATES THAT A WRITTEN OR ORDER WILL FOLLOW.COURT REPORTER: PAMELA SEIJAS. (YL, ) (ENTERED: 04/17/2006)<br><br>View Document in PDF Format |
| 41 | 04/06/2006 | STIPULATION FOR ORDER TO ACCEPT MOTION TO WITHDRAW UNOPPOSED GIVEN ENLARGEMENT OF TIME TO PLACE READY COUNCEL AND HAVING NEW REPRESENTATION COME WITHOUT RESTRAINT OF CURRENT SCHEDULE FILED BY PLAINTIFF ROBERT ANTHONY-RODRIGUEZ. (BG, ) (ENTERED: 04/07/2006) |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

| | | |
|---|---|---|
| | | View Document in PDF Format |
| 40 | 03/29/2006 | MINUTES OF IN CHAMBERS ORDER BY JUDGE DALE S. FISCHER : RESETTING HEARING AS TO MOTION OF PETER J MCNULTY TO WITHDRAW AS ATTORNEY[39]. ON THE COURTS OWN MOTION, TIME ONLY IS ADVANCED FROM 1:30 PM TO 11:00 AM FOR HEARING ON THE ABOVE DESCRIBED MOTION. THE HEARING DATE OF APRIL 10, 2006 REMAINS. COURT REPORTER: NOT PRESENT. (BG, ) (ENTERED: 03/29/2006) |
| | | View Document in PDF Format |
| 39 | 03/10/2006 | NOTICE OF MOTION AND MOTION OF PETER J MCNULTY TO WITHDRAW AS ATTORNEY FILED BY PLAINTIFF ROBERT ANTHONY-RODRIGUEZ. MOTION SET FOR HEARING ON 4/10/2006 AT 01:30 PM BEFORE JUDGE DALE S. FISCHER. LODGED PROPOSED ORDER. (BG, ) (ENTERED: 03/17/2006) |
| | | Order Document for Later Delivery |
| 38 | 01/31/2006 | ORDER RE JURY TRIAL BY JUDGE DALE S. FISCHER : ORDER RE DEADLINES: AMENDED PLEADINGS DUE BY 1/13/2006. DISCOVERY CUT-OFF 6/26/2006. MOTION HEARING CUT OFF 8/28/06 AT 1:30 PM. LAST DATE TO CONDUCT SETTLEMENT CONFERENCE IS 9/11/2006. FINAL PRETRIAL CONFERENCE SET FOR 10/30/2006 03:00 PM BEFORE JUDGE DALE S. FISCHER. JURY TRIAL SET FOR 11/28/2006 08:00 AM BEFORE JUDGE DALE S. FISCHER.(BG, ) (ENTERED: 02/01/2006) |
| | | View Document in PDF Format |
| 36 | 01/31/2006 | ORDER/REFERRAL TO ADR PILOT PROGRAM BY JUDGE DALE S. FISCHER, ORDERING CASE PROCEDURE #1 (ASSIGNED MAGISTRATE JUDGE WOEHRLE)(BG, ) (ENTERED: 02/01/2006) |
| | | View Document in PDF Format |
| 37 | 01/30/2006 | MINUTES OF IN CHAMBERS ORDER BY JUDGE DALE S. FISCHER : STATUS CONFERENCE: THE COURT IS CALLED AND COUNSEL STATE THEIR APPEARANCE. THE COURT IS ADVISED OF STATUS AND ADDRESSES THE CLASS CERTIFICATION BRIEFING ISSUES. THE COURT ORDERS COUNSEL TO SCHEDULE A CONFERENCE FOTHWITH BEFORE MAGISTRATE JUDGE WOEHRLE TO DISCUSS AND ESTABLISH DISCOVERY PROCEDURES. THE COURT REMINDS COUNSEL THAT PRINCIPALS ARE REQUIRED AT A SETTLEMENT CONFERENCE BEFORE PROCEEDING TO TRIAL. THE LAST DAY FOR A CLASS CERTIFICATION MOTION TO BE HEARD HELD BEFORE JUDGE DALE S. FISCHER :COURT REPORTER: DEBORAH GACKLE. (BG, ) (ENTERED: 02/01/2006) |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

| | | |
|---|---|---|
| | | View Document in PDF Format |
| 35 | 01/06/2006 | NOTICE OF DOCUMENT DISCREPANCIES AND ORDER BY JUDGE DALE S. FISCHER ORDERING ORDER SUBMITTED BY PLAINTIFF ROBERT ANTHONY-RODRIGUEZ RECEIVED ON 1/4/06 TO BE FILED AND PROCESSED; FILED DATE TO BE THE DATE THE DOCUMENT WAS STAMPED RECEIVED BUT NOT FILED WITH THE CLERK.(BG, ) (ENTERED: 01/09/2006) |
| | | View Document in PDF Format |
| 34 | 01/06/2006 | ORDER BY JUDGE DALE S. FISCHER : GRANTING [30] APPLICATION TO APPEAR PRO HAC VICE BY ATTORNEY MICHAEL J RYAN ON BEHALF OF PLAINTIFF ROBERT ANTHONY-RODRIGUEZ, DESIGNATING PETER J MCNULTY AS LOCAL COUNSEL. (BG, ) (ENTERED: 01/09/2006) |
| | | View Document in PDF Format |
| 33 | 01/03/2006 | MINUTES OF (IN CHAMBERS) ORDER BY JUDGE DALE S. FISCHER : THE COURT PREVIOUSLY HAVING TAKEN THE SCHEDULING CONFERENCE OFF THE CALENDAR, ORDERS THE MATTER RESET FOR MONDAY, 1/30/2006 11:00 AM BEFORE JUDGE DALE S. FISCHER.COURT REPORTER: NOT PRESENT. (BG, ) (ENTERED: 01/03/2006) |
| | | View Document in PDF Format |
| | 12/20/2005 | PLACED IN FILE - NOT USED RE ORDER ON APPLICATION OF NON-RESIDENT ATTORENY TO APPEAR IN A SPECIFIC CASE (BG, ) (ENTERED: 12/21/2005) |
| | | Order Document for Later Delivery |
| | 12/12/2005 | ***TERMINATED ALL DEADLINES AND HEARINGS. (BG, ) (ENTERED: 12/13/2005) |
| | | Order Document for Later Delivery |
| 32 | 12/12/2005 | MINUTES OF (IN CHAMBERS) ORDER BY JUDGE DALE S. FISCHER : ON THE COURTS OWN MOTION, THE SCHEDULING CONFERENCE PREVIOUSLY SET FOR 12/19/05 IS TAKEN OFF CALENDAR. TRIAL ORDER WILL ISSUE.COURT REPORTER: NOT PRESENT. (BG, ) (ENTERED: 12/13/2005) |
| | | View Document in PDF Format |
| 31 | 12/09/2005 | JOINT REPORT RULE 26(F) DISCOVERY PLAN FILED; ESTIMATED LENGTH OF TRIAL 4-10 DAYS. (SV) (ENTERED: 12/12/2005) |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

| | | |
|---|---|---|
| | | Order Document for Later Delivery |
| | 12/08/2005 | FAX NUMBER FOR ATTORNEY PETER J MCNULTY IS (310) 472-7014. (PBAP, ) (ENTERED: 12/12/2005) |
| | | Order Document for Later Delivery |
| | 12/08/2005 | FAX NUMBER FOR ATTORNEY MICHAEL J RYAN IS (954) 763-8292. (PBAP, ) (ENTERED: 12/12/2005) |
| | | Order Document for Later Delivery |
| 30 | 12/08/2005 | APPLICATION FOR ATTORNEY MICHAEL J. RYAN TO APPEAR PRO HAC VICE. FEE PAID. FILED BY PLAINTIFF ROBERT ANTHONY-RODRIGUEZ. LODGED ORDER. (PBAP, ) (ENTERED: 12/12/2005) |
| | | Order Document for Later Delivery |
| 29 | 12/05/2005 | ORDER BY JUDGE DALE S. FISCHER : GRANTING [28] APPLICATION TO APPEAR PRO HAC VICE BY ATTORNEY KELLEY B GELB ON BEHALF OF ROBERT ANTHONY RODRIGUEZ, DESIGNATING KELLEY B GELB AS LOCAL COUNSEL. (BG, ) (ENTERED: 12/08/2005) |
| | | View Document in PDF Format |
| 28 | 12/02/2005 | APPLICATION FOR ATTORNEY KELLEY B GELB TO APPEAR PRO HAC VICE. FEE PAID. FILED BY PLAINTIFF ROBERT ANTHONY-RODRIGUEZ. LODGED PROPOSED ORDER. (BG, ) (ENTERED: 12/08/2005) |
| | | Order Document for Later Delivery |
| 27 | 10/27/2005 | ANSWER TO SECOND AMENDED COMPLAINT14 FILED BY DEFENDANT MATCH.COM.(BG, ) (ENTERED: 10/28/2005) |
| | | Order Document for Later Delivery |
| 25 | 10/18/2005 | ORDERSETTING SCHEDULING CONFERENCE BY JUDGE DALE S. FISCHER: SCHEDULING CONFERENCE SET FOR 12/19/2005 11:00 AM BEFORE HONORABLE DALE S. FISCHER.(BG, ) (ENTERED: 10/19/2005) |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

| | | |
|---|---|---|
| | | View Document in PDF Format |
| 26 | 10/17/2005 | MINUTES OF IN CHAMBERS ORDER BY JUDGE DALE S. FISCHER : RE: MOTION TO DISMISS PLAINTIFFS SECOND AMENDED COMPLAINT[21]. THE CASE IS CALLED AND COUNSEL STATE THEIR APPEARANCES. THE COURT ADVISES OF ITS TENTATIVE RULING, INVITES ORAL ARGUMENT, AND INFORMS COUNSEL THAT A WRITTEN ORDER WILL FOLLOW. COURT REPORTER: PAMELA SEIJAS. (BG, ) (ENTERED: 10/19/2005) |
| | | View Document in PDF Format |
| 24 | 10/17/2005 | MINUTES OF (IN CHAMBERS) ORDER BY JUDGE DALE S. FISCHER : RE: MOTION TO DISMISS CASE[21]. DEFENDANTS MOTION TO DISMISS PLAINTIFFS SECOND AMENDED COMPLAINT IS DENIED. COURT REPORTER: NOT PRESENT. (BG, ) (ENTERED: 10/18/2005) |
| | | View Document in PDF Format |
| 23 | 10/07/2005 | REPLY IN SUPPORT OF ITS MOTION TO DISMISS SECOND AMENDED COMPLAINT[21] FILED BY DEFENDANT MATCH.COM. (BG, ) (ENTERED: 10/11/2005) |
| | | Order Document for Later Delivery |
| 22 | 10/03/2005 | RESPONSIVE MEMORANDUM TO MOTION TO DISMISS PLAINTIFFS SECOND AMENDED COMPLAINT[21] FILED BY PLAINTIFF ROBERT ANTHONY-RODRIGUEZ. (BG, ) (ENTERED: 10/11/2005) |
| | | Order Document for Later Delivery |
| 21 | 09/19/2005 | NOTICE OF MOTION AND MOTION TO DISMISS CASE PLAINTIFFS SECOND AMENDED COMPLAINT FILED BY DEFENDANT MATCH.COM. MOTION SET FOR HEARING ON 10/17/2005 AT 01:30 PM BEFORE HONORABLE DALE S. FISCHER. (BG, ) (ENTERED: 09/26/2005) |
| | | Order Document for Later Delivery |
| 20 | 09/19/2005 | NOTICE OF INTERESTED PARTIES FILED BY DEFENDANT MATCH.COM. (BG, ) (ENTERED: 09/20/2005) |
| | | Order Document for Later Delivery |
| 19 | 09/02/2005 | STIPULATION AND ORDER BY JUDGE DALE S. FISCHER THAT DEFENDANT MATCH.COM SHALL HAVE UNTIL 9/19/2005 TO RESPOND TO THE SECOND AMENDED COMPLAINT FILED BY |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

| | | |
|---|---|---|
| | | PLAINTIFF. (JP, ) (ENTERED: 09/06/2005) |
| | | View Document in PDF Format |
| 18 | 08/30/2005 | MINUTES OF IN CHAMBERS ORDER BY JUDGE DALE S. FISCHER : THE COURT, DISCHARGES THE ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION AGAINST THE PLAINTIFF PURSUANT TO THEIR RESPONSE FILED ON 8/22/05. RE: MINUTES 11 COURT REPORTER: NOT PRESENT. (BG, ) (ENTERED: 09/01/2005) |
| | | View Document in PDF Format |
| | | View Document in PDF Format |
| 17 | 08/30/2005 | NOTICE OF DOCUMENT DISCREPANCIES AND ORDER BY JUDGE DALE S. FISCHER ORDERING RESPONSE TO ORDER TO SHOW CAUSE RE: DISMISSAL SUBMITTED BY PLAINTIFF ROBERT ANTHONY-RODRIGUEZ RECEIVED ON 8/22/05 TO BE FILED AND PROCESSED; FILED DATE TO BE THE DATE THE DOCUMENT WAS STAMPED RECEIVED BUT NOT FILED WITH THE CLERK.(BG, ) (ENTERED: 08/31/2005) |
| | | View Document in PDF Format |
| 15 | 08/23/2005 | NOTICE OF DOCUMENT DISCREPANCIES AND ORDER BY JUDGE DALE S. FISCHER ORDERING SECOND AMENDED COMPLAINT SUBMITTED BY PLAINTIFF ROBERT ANTHONY-RODRIGUEZ RECEIVED ON 8/22/05 TO BE FILED AND PROCESSED; FILED DATE TO BE THE DATE THE DOCUMENT WAS STAMPED RECEIVED BUT NOT FILED WITH THE CLERK.(BG, ) (ENTERED: 08/24/2005) |
| | | View Document in PDF Format |
| 16 | 08/22/2005 | RESPONSE FILED BY PLAINTIFF ROBERT ANTHONY-RODRIGUEZ TO ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION 11 (BG, ) (ENTERED: 08/31/2005) |
| | | View Document in PDF Format |
| | | View Document in PDF Format |
| 14 | 08/22/2005 | SECOND AMENDED COMPLAINT AGAINST DEFENDANT MATCH.COM AMENDING COMPLAINT - (DISCOVERY)[1], CORRECTED COMPLAINT[7] ,FILED BY PLAINTIFF ROBERT ANTHONY-RODRIGUEZ (BG, ) (ENTERED: 08/24/2005) |
| | | View Document in PDF Format |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

| | | |
|---|---|---|
| 13 | 08/17/2005 | STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT[1] TO FIFTEEN DAYS TO SEPTEMBER 6, 2005 FILED BY DEFENDANT MATCH.COM. (CA, ) (ENTERED: 08/23/2005)<br><br>Order Document for Later Delivery |
| 12 | 08/11/2005 | PROOF OF SERVICE EXECUTED BY PLAINTIFF ROBERT ANTHONY-RODRIGUEZ, UPON MATCH.COM SERVED ON 8/2/2005, ANSWER DUE 8/22/2005. THE SUMMONS AND COMPLAINT WERE SERVED BY PERSONAL SERVICE, BY NOT CITED STATUTE, UPON BECKY DEGEORGE, A PERSON AUTHORIZED TO ACCEPT FOR THE PARTY. DUE DILLIGENCE DECLARATION NOT ATTAHED. ORIGINAL SUMMONS NOT RETURNED. (BG, ) (ENTERED: 08/12/2005)<br><br>Order Document for Later Delivery |
| 11 | 07/22/2005 | MINUTES OF IN CHAMBERS ORDER BY JUDGE DALE S. FISCHER : THE COMPLAINT IS DEFICIENT BECAUSE THE JURISDICTION AVERNMENT BY PLAINTIFF(S) IS PATENTLY INSUFFICIENT UNDER 1332(C). ACCORDINGLY, THE COURT ORDERS PLAINTIFF(S) TO SHOW CAUSE IN WRITING NO LATER THAN 8/22/2005 WHY THIS ACTION SHOULD NOT BE DISMISSED WITHOUT PREJUDICE FOR LACK OF SUBJECT MATTER JURISDICITON.COURT REPORTER: NOT PRESENT. (BG, ) (ENTERED: 07/25/2005)<br><br>View Document in PDF Format |
| 8 | 05/24/2005 | NOTICE OF DOCUMENT DISCREPANCIES AND ORDER BY JUDGE DALE S. FISCHER ORDERING FIRST AMENDED COMPLAINT; NOTICE TO THE COURT SUBMITTED BY PLAINTIFF ROBERT ANTHONY-RODRIGUEZ RECEIVED ON 5/23/05 TO BE FILED AND PROCESSED; FILED DATE TO BE THE DATE THE DOCUMENT WAS STAMPED RECEIVED BUT NOT FILED WITH THE CLERK.(BG, ) (ENTERED: 05/25/2005)<br><br>View Document in PDF Format |
| 10 | 05/23/2005 | NOTICE TO THE COURT FILED BY PLAINTIFF ROBERT ANTHONY-RODRIGUEZ. (BG, ) (ENTERED: 05/31/2005)<br><br>Order Document for Later Delivery |
| 9 | 05/23/2005 | FIRST AMENDED COMPLAINT AGAINST DEFENDANT MATCH.COM AMENDING COMPLAINT - (DISCOVERY)[1], CORRECTED COMPLAINT[7] ,FILED BY PLAINTIFF ROBERT ANTHONY RODRIGUEZ (BG, ) (ENTERED: 05/26/2005)<br><br>Order Document for Later Delivery |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

| | | |
|---|---|---|
| 7 | 04/28/2005 | CORRECTED COMPLAINT AGAINST DEFENDANT MATCH.COM CORRECTING COMPLAINT - (DISCOVERY)[1] ,FILED BY PLAINTIFF ROBERT ANTHONY-RODRIGUEZ (BG, ) (ENTERED: 04/29/2005)<br><br>Order Document for Later Delivery |
| 6 | 04/22/2005 | MINUTES OF (IN CHAMBERS) JURISDICTION IS ASSERTED ON THE BASIS OF DIVERSITY JURISDICTION PURSUANT TO 28 USC 1332, BUT THE MATTER IN CONTROVERSY DOES NOT APPEAR TO EXCEED $75,000, EXCLUSIVE OF INTEREST AND COSTS. ACCORDINGLY, THE COURT ORDERS PLAINTIFF(S) TO SHOW CAUSE IN WRITING NO LATER THAN 5/23/2005 WHY THIS ACTION SHOULD NOT BE DISMISSED WITHOUT PREJUDICE FOR LACK OF SUBJECT MATTER JURISDICTION.COURT REPORTER: NOT PRESENTR. (BG, ) (ENTERED: 04/25/2005)<br><br>View Document in PDF Format |
| 5 | 04/08/2005 | STANDING ORDER BY JUDGE DALE S. FISCHER, READ THIS ORDEDR CAREFULLY. IT CONTROLS THIS CASE AND DIFFERS IN SOME RESPECTS FROM THE LOCAL RULES.(BG, ) (ENTERED: 04/14/2005)<br><br>View Document in PDF Format |
| 4 | 04/08/2005 | MINUTES OF IN CHAMBERS ORDER BY JUDGE DALE S. FISCHER : ORDER REGARDING COMPLIANCE WITH LOCAL RULES: THE COMPLAINT RECENTLY FILED IN THIS ACTION FAILES TO COMPLY WITH LOCAL RULE 11-3.1.1, WHICH REQUIRES THAT IF TIMES NEW ROMAN FONT IS USED, THE SIZE MUST BE NO LESS THATN 14 AND IF COURIER IS USED, THE SIZE MUST BE NO LESS THAN 12. PLAINTIFF IS ORDERED TO FILE A CORRECTED COMPLAINT NO LATER THAN 4/28/05. COURT REPORTER: NONE. (BG, ) (ENTERED: 04/11/2005)<br><br>View Document in PDF Format |
| 3 | 04/07/2005 | NOTICE TO PARTIES OF ADR PILOT PROGRAM FILED.(RREY, ) (ENTERED: 04/11/2005)<br><br>View Document in PDF Format |
| 2 | 04/07/2005 | NOTICE OF INTERESTED PARTIES FILED BY PLAINTIFF ROBERT ANTHONY-RODRIGUEZ. (RREY, ) (ENTERED: 04/11/2005)<br><br>Order Document for Later Delivery |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

| | | |
|---|---|---|
| | 04/07/2005 | 20 DAY SUMMONS ISSUED RE COMPLAINT - (DISCOVERY) [1] AS TO MATCH.COM. (RREY, ) (ENTERED: 04/11/2005)<br><br>Order Document for Later Delivery |
| 1 | 04/07/2005 | COMPLAINT AGAINST DEFENDANT MATCH.COM.(FILING FEE $ 250) JURY DEMANDED. , FILED BY PLAINTIFF ROBERT ANTHONY-RODRIGUEZ.(RREY, ) (ENTERED: 04/11/2005)<br><br>Order Document for Later Delivery |

TO ORDER COPIES OF ANY DOCUMENTS LISTED ABOVE, CALL WESTLAW COURTEXPRESS 1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply).

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

SCANNED

## PROOF OF SERVICE

I, Candi Saul, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11355 West Olympic Boulevard, Los Angeles, California 90064-1614. On September 8, 2006, I served a copy of the within document(s): **BILL OF COSTS**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Golden State Overnight envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Golden State agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Robert Anthony-Rodriguez
5944 Coral Ridge Dr., Apt. 164
Coral Springs, FL 33076

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on September 8, 2006, at Los Angeles, California.

Candi Saul

40912078.1