Case 2:05-cv-02577-DSF-CW Document 62 Filed 11/14/2006 Page 1 of 1

Robert Anthony-Rodriguez v. Match.com Doc. 62

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ORIGINAL

ENTERED
FILED
CLERK, U.S. DISTRICT COURT
NOV 17 2006
CENTRAL DISTRICT OF CALIFORNIA
BY Bg DEPUTY

**CIVIL MINUTES - GENERAL**

**SEND**
**CLOSED**
**ENTER**

SCANNED

Case No. CV 05-2577-DSF (CWx) Date 11/14/06

Title ROBERT ANTHONY-RODRIGUEZ v. MATCH.COM

Present: The Honorable DALE S. FISCHER, UNITED STATES DISTRICT JUDGE

| PAUL PIERSON | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order Denying "Plaintiff/Class Motion for Lack of Timeliness of Notice, and for Relief from Judgement, Motion and Motion to Take Judicial Notice of the Facts and Not Tax Costs"

Plaintiff attempted to file this motion in September 2006. The Court will address the motion on the merits and disregard for these purposes any defects in the filing. Defendant received the papers and filed its opposition on September 25, 2006.

Having considered the moving and opposition papers, the Court now denies the motion for the reasons stated in the opposition.

DOCKETED ON CM
NOV 17 2006
BY Bg 010

Time: ____:____

(62)



Dockets.Justia.com