Robert Anthony-Rodriguez v. Match.com Doc. 63

Send

FILED
CLERK, U.S. DISTRICT COURT
NOV 21 2006
CENTRAL DISTRICT OF CALIFORNIA
BY BG DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANTHONY RODRIGUEZ<br>PLAINTIFF(S),<br>v.<br>MATCH.COM<br>DEFENDANT(S), | CASE NUMBER<br>CV 05-2577 DSF (CWx)<br><br>NOTICE OF CLERICAL ERROR |

TO: U. S. District Judge(s)
U. S. Magistrate Judge(s)
Counsel of Record

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☐ docket entry have/has been corrected as indicated below.

Title of Scanned Document: ______

Filed Date: 11/14/06 Document Number: 62

☐ Incorrect case number ______ was assigned to this ☐ action ☐ document.

☐ Case number has been corrected. The correct case number is ______

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are ______

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are ______.

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge ______ to ☐ Judge ☐ Magistrate Judge ______. The initials of the new judge(s) are ______

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order ☐ 349, ☐ 98-3 ☐ 02-06, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number ______ has been reassigned to new case number ______

☐ Subsequent documents must be filed at the ☐ Western ☐ Southern ☐ Eastern division. Failure to file at the proper location will result in your documents being returned to you.

☐ Case title is corrected from ______ to ______

☐ Document has been re-numbered as document number ______.

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ ENTERED Date ☐ DATE ENTERED ON CM/ICMS was stamped on document. The correct date is ______

☐ Document is missing page number(s): ______

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: ______

☑ Other: NOTICE OF CLERICAL ERROR: Due to clerical error Re: In Chambers Order 62. Entered date was incorrectly stamped on document. The correct date should have bee November 17, 2006. Not 2005.

CLERK, U.S. DISTRICT COURT

Date 11/21/06 By: B Gray
Deputy Clerk

*cc: Intake Supervisor / Deputy In Charge*

DOCKETED ON CM
NOV 21 2006
BY BG 010



63

Dockets.Justia.com

ENTERED
FILED
CLERK, U.S. DISTRICT COURT
NOV 17 2005
CENTRAL DISTRICT OF CALIFORNIA
BY Bg DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ORIGINAL

**CIVIL MINUTES - GENERAL**

**SEND**
**CLOSED**
**ENTER**

SCANNED

Case No. CV 05-2577-DSF (CWx) Date 11/14/06

Title ROBERT ANTHONY-RODRIGUEZ v. MATCH.COM

Present: The Honorable DALE S. FISCHER, UNITED STATES DISTRICT JUDGE

| PAUL PIERSON | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order Denying "Plaintiff/Class Motion for Lack of Timeliness of Notice, and for Relief from Judgement, Motion and Motion to Take Judicial Notice of the Facts and Not Tax Costs"

Plaintiff attempted to file this motion in September 2006. The Court will address the motion on the merits and disregard for these purposes any defects in the filing. Defendant received the papers and filed its opposition on September 25, 2006.

Having considered the moving and opposition papers, the Court now denies the motion for the reasons stated in the opposition.

DOCKETED ON CM
NOV 17 2006
BY Bg 010

Time: _____:____

(62)