Robert Anthony-Rodriguez v. Match.com Doc. 65

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
PASADENA OFFICE
DEC 20 2006
FILED
DOCKETED 12/22/06 PSS
DATE INITIAL

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**

Please Fill Out Completely

**CASE INFORMATION:**

Short Case Title: RODRIGUEZ v MATCH.COM

Court of Appeals No. (leave blank if unassigned) 06-56826

U.S. District Court, Division & Judge Name Central California, L.A., Hon. Dale S. Fischer

Criminal and/or Civil Case No. CV 05-2577 -DSF

Date Complaint/Indictment/Petition Filed: 4/28/05

Date Appealed order/judgment *entered*: 11/17/06

Date NOA *filed*: 12/15/06

Date(s) of Indictment ______ Plea Hearing ______ Sentencing ______

COA Status (check one): ☐ granted in full (attach order) ☐ denied in full (send record) ☐ granted in part (attach order) ☐ pending

Court Reporter(s) Name & Phone Number Rick Duvall, 213-894-3015

***Magistrate Judge's Order? If so, please attach.***

FILED
CLERK, U.S. DISTRICT COURT
DEC 27 2006
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**FEE INFORMATION**

Date Docket Fee Paid: ______ Date Docket Fee Billed: 12/19/06

Date FP granted: ______ Date FP denied: ______

Is FP pending? ☐ yes ☐ no Was FP limited ☐? Revoked ☐?

US Government Appeal? ☐ yes ☐ no

Companion Cases? Please list: ______

***Please attach copy of any order granting, denying or revoking FP.***

**COUNSEL INFORMATION (please include email address)**

Appellate Counsel:

Robert Anthony-Rodriguez
5944 Coral Ridge Drive Apt 164
Coral Springs, FL 33076
954-557-5466

Appellee Counsel:

Adam Pines Manatt Phelps & Phillips
11355 W Olympic Blvd
Los Angeles, CA 90064-1614
310-312-4000

☐ retained ☐ CJA ☐ FPD ☒ Pro Se ☐ Other ______ ***Please attach appointment order.***

**DEFENDANT INFORMATION**

Prisoner ID ______ Address:

Custody ______

Bail ______

DOCKETED ON CM
DEC 27 2006
BY 067

**AMENDED NOTIFICATION INFORMATION**

Date Fees Paid ______ 9th Circuit Docket Number ______

Name & Phone Number of Person Completing this Form: C. REYES
213 894-3570



Dockets.Justia.com