Robert Anthony-Rodriguez v. Match.com Doc. 67

FILED
JAN 23 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBERT ANTHONY RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>MATCH.COM, a Texas limited partnership,<br><br>Defendant - Appellee. | No. 06-56828<br><br>D.C. No. CV-05-02577-DSF<br>Central District of California,<br>Los Angeles<br><br>ORDER |

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 25 2007
CENTRAL DISTRICT OF CALIFORNIA
BY DCM DEPUTY

Appellant's motion for an extension of time to file the balance of the filing fees and to reset the briefing schedule is granted in part. Within 60 days after the date of this order, appellant shall paid the $355.00 balance and file the Transcript Designation Order Form. The transcript is due 90 days after receipt of the transcript designation. The opening brief is due July 20, 2007; the answering brief is due August 20, 2007. The optional reply brief is due 14 days after service of the answering brief. Appellant shall provided a copy of this order to the court reporter along with the transcript designation order.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

Linda K. King
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
and Ninth Circuit Rule 27-10

DOCKETED ON CM
FEB - 2 2007
BY DLM 173

pro 1.15

67

Dockets.Justia.com