UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

JS 6

| Case No. | CV 05-2577 DSF (CWx) | Date | 11/19/09 |
|---|---|---|---|
| Title | Robert Anthony-Rodriguez v. Match.com | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order re Subject Matter Jurisdiction

　　　On December 17, 2008, the Court issued an order conditionally granting Defendant's motion to dismiss for lack of subject matter jurisdiction. The Court found that there was no standard diversity jurisdiction over Plaintiff's individual claim because the amount in controversy did not exceed $75,000 and no jurisdiction under the Class Action Fairness Act because Plaintiff could not represent a class pro se. The motion would be formally granted unless new class counsel for the proposed class appeared by February 9, 2009. New class counsel did appear. Class counsel subsequently withdrew, leaving the case in virtually the same status as when the Court issued its December 17, 2008 order.

　　　In a October 9, 2009, filing, Plaintiff asserted that he has an individual claim for $99,000. However, Defendant previously argued – and Plaintiff did not dispute – that Plaintiff's claim was limited to the $1,737.26 he paid to Defendant. The Court ruled in favor of Defendant in its December 17, 2008 order and sees no reason to reconsider this ruling.

　　　Given that Plaintiff cannot represent a class pro se and has not established subject matter jurisdiction in any other respect, the Court will dismiss the action as stated in its December 17, 2008 order.

　　　IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

JS 6