JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANTHONY-RODRIGUEZ, individually and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> MATCH.COM, a Texas limited partnership, <br><br> Defendant. | Case No.: CV 05-2577 DSF (CWx) <br><br> JUDGMENT |

The Court having determined that it lacks subject matter jurisdiction over this action,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed without prejudice, and that defendants recover their just costs of suit pursuant to 28 U.S.C. § 1919.

Dated: 11/19/09

Dale S. Fischer
United States District Judge